UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

| | |
|---|---|
| JANA DILLON JAMIESON, | |
| Plaintiff, | Docket No. 1:20-cv-1122 |
| - against - | JURY TRIAL DEMANDED |
| HOVEN VISION LLC | |
| Defendant. | |

## COMPLAINT

Plaintiff Jana Dillon Jamieson ("Jamieson" or "Plaintiff") by and through her undersigned counsel, as and for her Complaint against Defendant Hoven Vision LLC ("Hoven Vision" or "Defendant") hereby alleges as follows:

## NATURE OF THE ACTION

1.      This is an action for copyright infringement under Section 501 of the Copyright Act. This action arises out of Defendant's unauthorized reproduction and public display of a copyrighted photographs of surfers, owned and registered by Jamieson, a professional photographer. Accordingly, Jamieson seeks monetary relief under the Copyright Act of the United States, as amended, 17 U.S.C. § 101 *et seq*.

## JURISDICTION AND VENUE

2.      This claim arises under the Copyright Act, 17 U.S.C. § 101 *et seq*., and this Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

3.      Upon information and belief, this Court has personal jurisdiction over Defendant because Defendant transacts business in Colorado.

4.      Venue is proper in this District pursuant to 28 U.S.C. § 1391(b).

## PARTIES

5.      Jamieson is a professional photographer in the business of licensing her photographs to online and print media for a fee having a usual place of business at 44 Mission Street, Wailuku, Hawaii 96793.

6.      Upon information and belief, Hoven Vision is a limited liability company with a place of business at 4901 Morena Blvd. Suite 801, San Diego, California 92117. At all times material hereto, Hoven Vision has operated their Instagram page and Facebook page at the URL's: www.Instagram.com/HovenVision and www.Facebook.com/HovenVision (the "Websites").

## STATEMENT OF FACTS

**A.      Background and Plaintiff's Ownership of the Photographs**

7.      Jamieson photographed surfers (the "Photographs"). A true and correct copy of the Photographs is attached hereto as Exhibit A.

8.      Jamieson is the author of the Photographs and has at all times been the sole owner of all right, title and interest in and to the Photographs, including the copyright thereto.

9.      The Photographs were registered with United States Copyright Office and were given Copyright Registration Number VA 2-169-518.

**B.      Defendant's Infringing Activities**

10.     Hoven Vision ran the Photographs on their Website to promote their brand and sell products. See: https://www.instagram.com/p/BvxX8CUg3Fr/ , https://www.facebook.com/HovenVision/photos/a.134164286660645/1678551235555268/?type =3&theater, https://www.instagram.com/p/BtMu4eDgxpk/, https://www.instagram.com/p/y-

aaYtwbGx/. In additional Hoven Vision ran the Photographs in their catalogs, in advertisements, and third-party websites. Screenshots of the Photographs on the Websites, catalogs, advertisements, and third-party websites are attached hereto as Exhibit B.

11.    Hoven Vision did not license the Photographs from Plaintiff for its Websites, catalogs, advertisements, or third-party websites, nor did Hoven Vision have Plaintiff's permission or consent to publish the Photographs on its Websites, catalogs, advertisements, or any third-party websites.

**CLAIM FOR RELIEF**
**(COPYRIGHT INFRINGEMENT AGAINST DEFENDANT)**
**(17 U.S.C. §§ 106, 501)**

12.    Plaintiff incorporates by reference each and every allegation contained in Paragraphs 1-11 above.

13.    Hoven Vision infringed Plaintiff's copyright in the Photographs by reproducing and publicly displaying the Photographs on the Websites catalogs, advertisements, or any third-party websites. Hoven Vision is not, and has never been, licensed or otherwise authorized to reproduce, publically display, distribute and/or use the Photographs.

14.    The acts of Defendant complained of herein constitute infringement of Plaintiff's copyright and exclusive rights under copyright in violation of Sections 106 and 501 of the Copyright Act, 17 U.S.C. §§ 106 and 501.

15.    Upon information and belief, the foregoing acts of infringement by Hoven Vision have been willful, intentional, and purposeful, in disregard of and indifference to Plaintiff's rights.

16.    As a direct and proximate cause of the infringement by the Defendant of Plaintiff's copyright and exclusive rights under copyright, Plaintiff is entitled to damages and Defendant's profits pursuant to 17 U.S.C. § 504(b) for the infringement.

17.    Alternatively, Plaintiff is entitled to statutory damages up to $150,000 per work infringed for Defendant's willful infringement of the Photograph, pursuant to 17 U.S.C. § 504(c).

18.    Plaintiff further is entitled to her attorney's fees and full costs pursuant to 17 U.S.C. § 505.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests judgment as follows:

1.    That Defendant Hoven Vision be adjudged to have infringed upon Plaintiff's copyrights in the Photographs in violation of 17 U.S.C §§ 106 and 501;

2.    That Plaintiff be awarded either: a) Plaintiff's actual damages and Defendant's profits, gains or advantages of any kind attributable to Defendant's infringement of Plaintiff's Photograph; or b) alternatively, statutory damages of up to $150,000 per copyrighted work infringed pursuant to 17 U.S.C. § 504;

3.    That Defendant be required to account for all profits, income, receipts, or other benefits derived by Defendant as a result of its unlawful conduct;

4.    That Plaintiff be awarded her costs, expenses and attorneys' fees pursuant to 17 U.S.C. § 505;

5.    That Plaintiff be awarded pre-judgment interest; and

6.    Such other and further relief as the Court may deem just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury on all issues so triable in accordance with Federal

Rule of Civil Procedure 38(b).

Dated: Valley Stream, New York
         April 21, 2020

                                                    LIEBOWITZ LAW FIRM, PLLC

                                                    By: /s/Richard Liebowitz
                                                         Richard P. Liebowitz
                                                    11 Sunrise Plaza, Suite 305
                                                    Valley Stream, NY 11580
                                                    Tel: (516) 233-1660
                                                    RL@LiebowitzLawFirm.com

                                                    *Attorneys for Plaintiff Jana Dillon Jamieson*