# EXHIBIT A







