# EXHIBIT B

Case No. 1:20-cv-01133-WJM-KLM   Document 1-2   filed 04/21/20   USDC Colorado



























# AD IN SURF MAGAZINE













