**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 20-cv-01122-XXX-KLM

JANA DILLON JAMIESON,

    Plaintiff,

 v.

HOVEN VISION, LLC,

    Defendant.

---

## ENTRY OF APPEARANCE OF COLEMAN T. LECHNER

---

To the Clerk of the Court and all parties of record:

I certify that I am a member of the Bar of this Court in good standing, and I hereby enter my appearance as counsel for defendant, Hoven Vision, LLC.

    Respectfully submitted this 22nd day of May, 2020.

                                                       s/ *Coleman T. Lechner*
                                                       Coleman T. Lechner
                                                       Foley & Lardner LLP
                                                       600 17th Street, Suite 2020S
                                                       Denver, CO  80202
                                                       (720) 437-2000
                                                       clechner@foley.com

1

## CERTIFICATE OF SERVICE

  I hereby certify that on May 22, 2020, I electronically filed the foregoing with the Clerk of Court using the ECF system, which will electronically send notice to:

Richard P. Liebowitz
Liebowitz Law Firm, PLLC
11 Sunrise Plaza
Suite 305
Valley Stream, NY 11580-6111
516-233-1660
Email: RL@LiebowitzLawFirm.com

                 s/ *Coleman T. Lechner*
                 Coleman T. Lechner

2