IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-01122-XXX-KLM

JANA DILLON JAMIESON,

    Plaintiff,

v.

HOVEN VISION, LLC,

    Defendant.

---

**STIPULATION FOR 21-DAY EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT**

---

Pursuant to D.C.COLO.LCivR. 6.1(a), Plaintiff and Defendant, through counsel, respectfully submit this Stipulation for a 21-day extension of time for Defendant to answer or otherwise respond to Plaintiff's Complaint. In support thereof, the parties state as follows:

1) Counsel for the parties conferred and are in agreement concerning this Stipulation and the relief set forth herein. *See* D.C.COLO.LCivR. 7.1(a).

2) Plaintiff filed her Complaint in the above-captioned case on April 21, 2020. ECF No. 1.

3) Defendant was served with process on May 1, 2020.

4) Pursuant to Federal Rule of Civil Procedure 12(a)(1), Defendant's deadline to answer or otherwise respond to the Complaint is May 22, 2020.

5) The parties have conferred and agree that Defendant should be afforded

an additional 21 days, up to and including June 12, 2020, to answer or otherwise respond to the Complaint.

6) Pursuant to D.C.COLO.LCivR 6.1(a), the parties "may stipulate in writing to one extension of not more than 21 days beyond the time limits prescribed by the Federal Rules of Civil Procedure to respond to a pleading …."

7) This stipulation is being filed before the expiration of the time limits set by Federal Rule of Civil Procedure 12(a)(1) "and shall be effective on filing, unless otherwise ordered." D.C.COLO.LCivR 6.1(a).

8) No prior extensions of time or continuance have previously been sought by or granted to Defendant in this matter, and pursuant to D.C.COLO.LCivR 6.1(c), a copy of this Stipulation will be served contemporaneously on the parties to this action.

Dated: May 22, 2020                                    Respectfully submitted,

                                                       s/ *Richard P. Liebowitz*
                                                       Richard P. Liebowitz
                                                       Liebowitz Law Firm, PLLC
                                                       11 Sunrise Plaza
                                                       Suite 305
                                                       Valley Stream, NY 11580-6111
                                                       516-233-1660

                                                       *Attorney for Plaintiff*


                                                       s/ *Coleman T. Lechner*
                                                       Coleman T. Lechner
                                                       Foley & Lardner LLP
                                                       600 17th Street, Suite 2020S
                                                       Denver, CO  80202
                                                       (720) 437-2000
                                                       clechner@foley.com

2

*Of Counsel*
Jonathan E. Moskin
Foley & Lardner LLP
90 Park Ave
New York, NY 10016
(212) 682-7474
jmoskin@foley.com

*Attorneys for Defendant*

3

## **CERTIFICATE OF SERVICE**

  I hereby certify that on May 22, 2020, I electronically filed the foregoing with the Clerk of Court using the ECF system, which will electronically send notice to:

Richard P. Liebowitz
Liebowitz Law Firm, PLLC
11 Sunrise Plaza
Suite 305
Valley Stream, NY 11580-6111
516-233-1660
Email: RL@LiebowitzLawFirm.com

                s/ *Coleman T. Lechner*
                Coleman T. Lechner