**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:20-cv-01122-KLM

JANA DILLON JAMIESON,

     Plaintiff,

v.

HOVEN VISION, LLC,

     Defendant.

---

**ENTRY OF APPEARANCE**

---

     COMES NOW, Michael T. McConnell of the Law Firm McConnell Van Pelt, LLC,

hereby enters his appearance on behalf of Richard P. Liebowitz.

     Respectfully submitted this 9th day of June, 2020.

*/s/ Michal T. McConnell*
Michael T. McConnell
McCONNELL VAN PELT, LLC
4700 South Syracuse Street, Suite 200
Denver, Colorado 80237
Telephone No.:  (303) 480-0400
Facsimile No.:   (303) 458-9520
Email:   mike@mvp-legal.com

ATTORNEYS FOR RICHARD LIEBOWITZ

## CERTIFICATE OF SERVICE (CM/ECF)

I HEREBY CERTIFY that on this 9th day of June, 2020, the foregoing **ENTRY OF APPEARANCE** was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of the filing to the following counsel of record:

Richard Liebowitz
Liebowitz Law Firm, PLLC
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
rl@liebowitzlawfirm.com
*Attorneys for Plaintiff*

Jonathan E. Moskin
Foley & Lardner LLP
90 Park Ave.
New York, NY 10016
jmosking@foley.com
*Attorneys for Defendant*

*/s/ Lindsay Gonzales*
Lindsay Gonzales, Legal Assistant