# EXHIBIT 2

# Liebowitz Declaration

## DECLARATION OF RICHARD P. LIEBOWITZ

I, Richard P. Liebowitz, declare under penalty of perjury as follows:

1. I am over the age of eighteen, competent to testify and a member in good standing of the New York State Bar. I graduated from the Maurice A. Dean School of Law at Hofstra University in 2014. I was admitted to practice law in the State of New York in 2015.

2. I have never been licensed to practice law in the State of California.

3. I have never applied to become a member of the bar of the United States District Court for the Northern District of California because I recognized I was not eligible to become a member of that bar. I have never been admitted to the bar of the United States District Court for the Northern District of California.

4. Because I have never been a member of the bar of the United States District Court for the Northern District of California, pursuant to that Court's Local Civil Rule 11-3, I have applied to appear *pro hac vice* in particular actions. My applications to appear *pro hac vice* have been granted in particular Northern District of California cases.

5. On May 11, 2020, Magistrate Judge Neureiter issued a lengthy order about me and problems with my practice. *Mondragon v. Norak, LLC,* Case No. 1:19-cv-001437 (CMA-NRN). Magistrate Judge Neureiter ordered I be sanctioned in two respects. First, he required that I associate with a Colorado based attorney in the *Mondragon* case. Second, he directed me to file a "NOTICE OF ATTORNEY SANCTION" attaching his order in other pending U.S.D.C. of Colorado actions in which I have entered an appearance or which I file during the next six months. Magistrate Judge Neureiter also filed a disciplinary complaint with the Committee on Conduct. I have reflected about Magistrate Judge Neureiter's Order and the problems with my practice and conduct he described. I have conferred with respected ethics counsel in Colorado, New York and California. I have elected not to file a Rule 72 appeal of Magistrate Judge Neureiter's Order. I am in the process of retaining an experienced Colorado-based IP litigator to associate with me in the *Mondragon* case as ordered by Magistrate Judge Neureiter. I will comply the order to file a "NOTICE OF ATTORNEY SANCTION" in all my pending Colorado cases. I recognize there are a number of issues with my conduct and my practice that need to be corrected. I am attempting to associate with an experienced Colorado-based IP litigator on all my Colorado cases. I am working with my ethics counsel and law practice professionals to formulate a comprehensive plan to correct the problems with my conduct and practice discussed in Magistrate Judge Neureiter's Order and to present that plan to the Committee on Conduct.

6. Other than the situation created by Judge Donato's Order in the United States District Court for the District of Colorado, I remain a member in good standing of every State and Federal District Court bar to which I have been admitted.

June 9, 2020.

_____
Richard P. Liebowitz