UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

JANA DILLON JAMIESON,

                           Plaintiff,

- against -

HOVEN VISION LLC

                           Defendant.

Case No. 1:20-cv-1122 (KLM)

## **NOTICE OF ATTORNEY SANCTION**

In compliance with the order of Magistrate Judge N. Reid Neureiter, dated May 11, 2020 [Dkt. #51] (the "Sanctions Order") in the matter of *Mondragon v. Nosrak, LLC et al.*, 19-cv-1437 (CMA-NRN), I hereby attach a true and correct copy of the Sanctions Order as <u>Exhibit A</u>.

                                                      Respectfully submitted,

                                                      LIEBOWITZ LAW FIRM, PLLC

                                                      <u>**/richardliebowitz/**</u>
                                                      Richard Liebowitz, Esq.
                                                      11 Sunrise Plaza, Ste. 305
                                                      Valley Stream, NY 11580
                                                      (516) 233-1660
                                                      RL@LiebowitzLawFirm.com

                                                      *Counsel for Plaintiff*