**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 20-cv-01122-XXX-KLM

JANA DILLON JAMIESON,

    Plaintiff,

v.

HOVEN VISION LLC,

    Defendant.

---

**DECLARATION OF JEFFREY SEHGAL IN SUPPORT DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT AND FOR SANCTIONS OR IN THE ALTERNATIVE TO STAY PENDING RESOLUTION OF PLAINTIFF'S COUNSEL'S SUSPENSION FROM PRACTICING**

---

Jeffrey Sehgal, in accordance with the requirements of 28 U.S.C. §1746, under penalty of perjury, hereby declares:

1. My name is Jeffrey Sehgal. I am over eighteen years of age and am competent to be a witness in this proceeding.

2. I am President of Hoven Vision LLC ("Hoven Vision"). I am making this Declaration on behalf of Hoven Vision in support of its motion to dismiss the complaint. I am making this Declaration based upon my personal knowledge and information, the records of Hoven Vision, or information made available to me through employees of Hoven Vision.

3. Hoven Vision has its only place of business in San Diego County, California. Hoven Vision does not now have and never did have any place of business in Colorado.

1

Plaintiff served the complaint on Hoven Vision at our place of business in San Diego County.

4. Discussions with Plaintiff regarding Hoven Vision's use of certain of Plaintiff's photographs began in 2015.

5. An agreement regarding Hoven's use of Plaintiff's photographs was negotiated and performed between the parties located in Hawaii and California.

6. At no time before or after this lawsuit was filed did any discussions, meetings, or other interactions between Hoven Vision and Plaintiff occur in Colorado.

7. Hoven Vision LLC and Plaintiff agreed she would deliver eight photographs to Hoven Vision.

8. In the end, Plaintiff only delivered three high definition photographs and two low definition photographs but never corrected the billing.

9. However, Plaintiff voluntarily delivered to Hoven Vision the five photographs with the understanding that Hoven Vision would use them exactly as Hoven Vision did.

10. Until the Complaint was filed, there was never a dispute as to Hoven Vision's rights to use the photos.

11. Plaintiff never corrected the bill she prepared as to the photographs she provided to Hoven Vision, and based on her own valuation of the price for Hoven Vision's continuing use of the photographs, any dispute concerns less than $3,000.

4852-6078-3295.1

12.     After the Complaint was filed, Hoven Vision ceased using the photographs.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 12, 2020

*s/ Jeffrey Sehgal*
Jeffrey Sehgal
