**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

Jana Dillon Jamieson,

                Plaintiff,

           -against-    Docket No: 1:20-cv-1122

Hoven Vision LLC,

                Defendant.

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for: Jana Dillon Jamieson.

Dated: June 17, 2020

                                        **BARSHAY SANDERS, PLLC**

                                        By: /s *Craig B. Sanders*
                                        Craig B. Sanders
                                        100 Garden City Plaza, Suite 500
                                        Garden City, New York 11530
                                        Tel. (516) 203-7600
                                        Email: *ConsumerRights@BarshaySanders.com*
                                        Our File No: 119502
                                        *Attorneys for Plaintiff*