UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

| | |
|---|---|
| JANA DILLON JAMIESON,<br><br>         Plaintiff,<br><br> - against -<br><br>HOVEN VISION LLC<br><br>         Defendant. | Docket No. 1:20-cv-1122-KLM<br><br>**MOTION TO WITHDRAW AS COUNSEL** |

Richard Liebowitz hereby withdraws as counsel for Plaintiff.

/s/richardliebowitz/
Richard Liebowitz
LIEBOWITZ LAW FIRM, PLLC
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
516-233-1660
RL@LiebowitzLawFirm.com