**BARSHAY SANDERS, PLLC**
100 Garden City Plaza, Suite 500
Garden City, NY 11530
Tel: (516) 203-7600
Our File No: 119502
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

| | |
|---|---|
| Jana Dillon Jamieson,<br><br>　　　　　　Plaintiff,<br><br>　　　　-against-<br><br>Hoven Vision LLC,<br><br>　　　　　　Defendant. | Docket No: 1:20-cv-01122-KLM |

**NOTICE OF VOLUNTARY DISMISSAL**
**PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

　　Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff and/or plaintiff's counsel, hereby give notice that whereas no party is an infant or incompetent the above-captioned action is voluntarily dismissed without prejudice.

Dated: July 6, 2020

　　　　　　　　　　　　　　　　　　**BARSHAY SANDERS, PLLC**

　　　　　　　　　　　　　　　　　　By:　　/s *Craig B. Sanders*
　　　　　　　　　　　　　　　　　　Craig B. Sanders
　　　　　　　　　　　　　　　　　　100 Garden City Plaza, Suite 500
　　　　　　　　　　　　　　　　　　Garden City, New York 11530
　　　　　　　　　　　　　　　　　　Tel. (516) 203-7600
　　　　　　　　　　　　　　　　　　Email: *ConsumerRights@BarshaySanders.com*
　　　　　　　　　　　　　　　　　　Our File No: 119502
　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*