IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-01122-KLM

JANA DILLON JAMIESON,

    Plaintiff,

v.

HOVEN VISION LLC,

    Defendant.
_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court sua sponte. This case was assigned to a United States Magistrate Judge pursuant to D.C.COLO.LCivR 40.1(c). *See* [#3]. Thus, the parties "must complete and file the . . . Consent/Non-Consent Form . . . ." *See* [#4-1] at 1. "[F]iling of the Consent/Non-Consent Form is mandatory, indicating either the unanimous consent of the parties or that at least one party has declined to consent." *Id.* On April 27, 2020, the Court set a July 15, 2020 deadline for the filing of this form. *Minute Order* [#5]. To date the parties have not filed the Consent Form indicating whether they consent to have a United States Magistrate Judge conduct all proceedings.

    The current procedural posture of this case is somewhat unusual. On June 3, 2020, an Advisory Notice was issued by the Clerk of Court informing Richard P. Liebowitz ("Liebowitz") that he is no longer in good standing in the District Court for the District of Colorado. *See* [#9, #10]. Mr Liebowitz hired counsel, who filed a Response to June 3, 2020 Advisory Notice [#12] on June 9, 2020. On June 12, 2020, the Court directed that Mr. Liebowitz's response to the Advisory Notice be referred to the Committee on Conduct under D.C.COLO.LAttyR 3(d) and D.C.COLO.LAttyR 6(c). *Minute Order* [#14].

    Later that same day, Defendant filed a Motion to Dismiss Plaintiff's Complaint and for Sanctions or in the Alternative to Stay Pending Resolution of Plaintiff's Counsel's Suspension from Practicing [#15]. On June 18, 2020, Attorney Craig B. Sanders entered his appearance on behalf of Plaintiff. *Notice* [#16]. The same day, Mr. Liebowitz filed a Motion to Withdraw as Attorney [#17]. The Court subsequently issued a Minute Order [#18] asking Defendant to file a response to that motion indicating whether it opposed Mr. Liebowitz's withdrawal prior to resolution of the motion seeking sanctions. On July 6, 2020, Plaintiff filed a Notice of Voluntary Dismissal Pursuant to F.R.C.P. 41(a)(1)(A)(i) [#19].

Three days later, on July 9, 2020, Defendant filed its Response [#20] stating it opposes Mr. Liebowitz's "withdrawal from this proceeding prior to the Court's resolution of Defendant's request for sanctions. While Plaintiff has filed a notice of voluntary dismissal of this action, thus conceding the frivolousness of the assertion of jurisdiction in this forum, Defendant requests that the Court dismiss the action but retain jurisdiction to decide the Motion for Sanctions."

In light of these proceedings, and in the absence of a timely-filed Consent/Non-Consent Form,

IT IS HEREBY **ORDERED** that the Scheduling Conference set for July 29, 2020, at 10:00 a.m. is **VACATED**.

IT IS FURTHER **ORDERED** that this case shall be assigned to a District Judge under D.C.COLO.LCivR 40.1(c)(8) and D.C.COLO.LCivR 40.1(a).

Dated:  July 20, 2020