# UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO
Byron G. Rogers United States Courthouse
1929 Stout Street, Room C450
Denver, Colorado 80294

**LEWIS T. BABCOCK**  303-844-2527
Judge

July 21, 2020

TO:   Jeffrey Colwell, Clerk

FROM: Judge Babcock        s/LTB

RE:   Civil Action No. 20-cv-01122
      Jamieson v. Hoven Vision LLC

Exercising my prerogative as a senior judge, I request that this case be reassigned.

LTB/jp