**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 20-cv-01122-WJM-KLM

JANA DILLON JAMIESON

                        Plaintiff,

   - against –

HOVEN VISION LLC,

                        Defendant.

## **DECLARATION OF RICHARD LIBEOWITZ**

I, Richard Liebowitz, hereby swear under penalty of perjury that the following is true and correct to the best of my personal knowledge or good faith belief:

1. I am counsel for Jana Dillon Jamieson ("Plaintiff") in the above-referenced action.

2. I submit this declaration in support of my motion to withdraw as plaintiff's counsel and in opposition to Defendant Hoven Vision LLC ("Defendant")'s motion for sanctions under the Copyright Act, 17 U.S.C. §505.

3. I filed this action in this District based on my good faith belief, acquired upon pre-filing due diligence, that Defendant transacts substantial business in this District. Attached as <u>Exhibit A</u> are screenshots showing Defendant signing as a sponsor of the fastest-growing youth lacrosse training and events company based in Denver, Colorado, and screenshots showing that Defendant is selling its products through retail websites within the State of Colorado.

2

4. Defendant was using Plaintiff's photographs as advertising for its company as displayed in Exhibit B to the complaint.

Dated: July 24, 2020
      Valley Stream, NY

                                              s/richardliebowitz/
                                              Richard Liebowitz