# EXHIBIT A



# 3dlacrosse

HOME | TRAINING | TOURNAMENTS | SHOWCASES | SELECT | LEAGUES | METHODOLOGY | ABOUT

## Hoven Vision Joins the 3d Family!

All News

**Category**
News

We could not be more pumped to have Hoven on board, and more importantly, in the lacrosse community.

Look for the Hoven folks out on the 3d trail this summer!

FOR IMMEDIATE RELEASE

Contact:

Brooke Farrell
3d Lacrosse
720.439.3027 / bfarrell@3dlacrosse.com

Bill Edell
Hoven Vision
949.369.1976 / Bill@HovenVision.com

### 3D LACROSSE SIGNS HOVEN VISION AS SPONSOR

DENVER, COLO. (April 29, 2014) – 3d Lacrosse, the nation's fastest-growing youth lacrosse training and events company (www.3dLacrosse.com), today announces a new business sponsor, Hoven Vision, (www.hovenvision.com), a leading sports optical and accessories company. The Hoven legacy began in 2002 with action sports (surf, skate, snow and motocross) and has since expanded into team sports, including lacrosse.

"We talked to a number of companies before joining forces with Hoven Vision," said Greg Waldbaum, President and COO of 3d Lacrosse. "Their sunglasses represent the very best match of Cool Factor combined with the protective characteristics and the solid construction that we want to offer to 3d Lacrosse players and families."

The relationship will include a Hoven Vision presence at 3d Lacrosse events and tournaments where players can try-and-buy the latest styles as worn by their favorite professional athletes, coaches and others.

"Lacrosse players, coaches and fans are a natural fit for our high quality eyewear and 3d Lacrosse is the best in the business when it comes to high quality training and education," said Bill Edell, Director of Sales for Hoven Vision. "It's a perfect partnership and we are thrilled to be side-by-side with 3d Lacrosse in this sport."

**Professional Lacrosse Ambassadors** Hoven Vision already enjoys support and fan status from professional Lacrosse Ambassadors who signed on early, including John Grant, Jr. and Drew Westerfeldt, standouts for the Chesapeake Bayhawks (MLL) and the Colorado Mammoth (NLL).

"Hoven Vision styles are cool and the quality is second to none," said Grant, Jr. "I am out in the sun a lot and protecting my vision is a top priority. It also sends a good message to the next generation to always wear quality eye protection."

Westervelt added, "I am a huge Hoven Vision fan and supporter. The amount of time I spend outside coaching, teaching and playing requires a great pair of shades that fit well, look great, and protect my eyes. Hoven Vision never disappoints."

**Crossover Camp: 3d Lacrosse Adventure Series** 3d Lacrosse West Coast Adventure Series campers will surely need good shades. In August, Lacrosse and surfing instruction and style will come together for the first time during 3d Lacrosse's newest camp experience. More than 150 campers

(grades 5 – 9) will enjoy top-level, signature 3d Lacrosse Hybrid/Box Development training with daily surfing instruction at the Academy by the Sea (Army/Navy Complex) in Carlsbad, Calif. (Details at https://3dlacrosse.com/signup/adventure-series-summer-2014)

**About 3d Lacrosse** Headquartered in Denver, Colorado, 3d Lacrosse has become the nation's fastest-growing lacrosse training, events, and select club operations in the country. Founded by Jamie Munro, a former Division I coach, professional player, ESPNU analyst, and Inside Lacrosse contributor, 3d Lacrosse has operations, offices, teams and events throughout the nation and has trained more than 20,000 players since 2009.

**About Hoven Vision** San Diego, Calif.-based Hoven Vision is a leader in the action sports/lifestyle eyewear market. Founded in 2002, the Company designs, manufactures and markets high quality sunglasses for professional and amateur surfers, skaters, snowboarders, lacrosse players, moto and action sports athletes and enthusiasts. Hoven Vision is universally recognized for combining innovative, fashion-forward design standards, along with the high quality materials and solid construction that lead to ultimate performance, all priced competitively. Hoven Vision's most recent expansion and sport/lifestyle crossover has been fueled through a host of brand ambassadors, league affiliations and event partnerships. Learn more at www.hovenvision.com.

Share 0 | Tweet | Save

0 Comments    3dlacrosse    🔒 Disqus' Privacy Policy                    Login

♡ Recommend    Tweet  f Share                                    Sort by Best



Start the discussion...

LOG IN WITH            OR SIGN UP WITH DISQUS (?)









# salenykyi

Search this site

**Home**
7 For All Mankind Kids Skinny Jean in Indigo Ponte Knit (Infant)
Aetrex Cheryl Mary Jane
AIGLE Kids Lolly Pop (Big Kid)
Alexander McQueen AMQ4219/S
Archipelago Botanicals Morning Mint Hand Crème
Arcteryx Nordiq Hat
Ariat Brooks Jacket
Baffin Kids Lily (Little Kid/Big Kid)
Billabong Kids Boys All Day S/S Woven (Big Kids)
Boconi Bags and Leather Tyler Tumbled - Cargo Duffle
Body Glove Smoothies Solo Underwire Top D-DD-E-F Cup
Brighton 1 5/8 Diamond in the Rough Belt
Burton Tailgate Sock
Call it SPRING Canove
Calvin Klein Pacey
Carhartt Chamois L/S Shirt - Tall
Clarks Kids Snuggle Hug (Toddler/Little Kid)
COACH Signature Coated Canvas Spencer Crossbody
COACH Victoria
Crabbyclaws Robot (Toddler/Little Kid/Big Kid)
Diesel Milestone Trip Parakute
DKNYC Plus Size Gold Embellished Shoulder Draped Dress
Dolce & Gabbana Sleeveless Polka Dot Shift Dress (Big Kids)
Durango Belle Starr Wallet
Electric Eyewear RIG Gloss Black Bonus Lens
Flojos Colette II
For Love and Lemons Show Off Slip Dress
Fossil Rhinestone Strap
Gant Rugger R. Silk Rep Tie
Gypsy SOULE GYP-218

## Hoven Vision The One

## Store Hoven Vision The One Reviews

### Check Special Offer - Limited Time Offer



Secure Transaction

You can get **Special Hoven Vision The One Store** upon product sales reviews. Get the very best sale prices for this merchandise Obtain on the net, Acquire speedily in addition to reduce. decide to present, Very happy to avoid wasting. Acquire urgently. No matter what you have to know about it merchandise discount. Get involved our go shopping for top discount rates on the selection of the item. Receive the best bargain upon good deal in this go shopping on the net Presently. Good deal value extremely special offers. It is possible to to avoid wasting for this merchandise shop. Best top saving products from thinkable worth. Astounding special offers on go shopping.

Shopping online has become the most beneficial ways involving things, Therefore quit costing a person efforts and you are very likely to stay clear of lots of aggravations. You will get complete freedom to settle on anything you desire not having a snobby helper considering that you. For this reason, the web provides you compare with confidence to buy just what exactly you would like using the cheapest price with incredibly maintaining, Good Preserving related to **Buy Hoven Vision The One Best**. Having authentic thoughts and as well assess simply by shoppers Get Rapid Super Save Shipping charges! through us all. We assure youll have an excellent top product deals and extraordinary. If you are looking with this cheap product. You can find this from store here. We hope you happen to be very happy to understand item.

Recent Visitors

Alabama, Alaska, Arizona, Arkansas, California, Colorado, Connecticut, Delaware, District of Columbia, Florida, Georgia, Hawaii, Idaho, Illinois, Indiana, Iowa, Kansas, Kentucky, Louisiana, Maine, Maryland, Massachusetts, Michigan, Minnesota, Mississippi, Missouri, Montana, Nebraska, Nevada, New Hampshire, New Jersey, New Mexico, New York, North Carolina, North Dakota, Ohio, Oklahoma, Oregon, Pennsylvania, Rhode Island, South Carolina, South Dakota, Tennessee, Texas, Utah, Vermont, Virginia, Washington, West Virginia, Wisconsin, Wyoming