**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 20-cv-01122-WJM-KLM

JANA DILLON JAMIESON,

    Plaintiff,

v.

HOVEN VISION LLC,

    Defendant.

**DECLARATION OF JEFFREY SEHGAL IN SUPPORT DEFENDANT'S MOTION TO STRIKE**

Jeffrey Sehgal, in accordance with the requirements of 28 U.S.C. §1746, under penalty of perjury, hereby declares:

1. My name is Jeffrey Sehgal. I am over eighteen years of age and am competent to be a witness in this proceeding.

2. I am President of Hoven Vision LLC ("Hoven Vision"). I am making this Declaration on behalf of Hoven Vision in support of its Motion to Strike Plaintiff's Reply Memorandum of Law in Further Support of Mr. Liebowitz's Motion to Withdraw and in Opposition to Defendant's Motion for Sanctions (Docket entry 27). I am making this Declaration based upon my personal knowledge and information, the records of Hoven Vision, or information made available to me through employees of Hoven Vision.

3. Plaintiff submitted four exhibits with her submission at Docket Entry 27 as a way to explain her and her attorney's (Richard Liebowitz) basis for having filed this action in this District Court.

1

4. Hoven Vision has its only place of business in San Diego County, California. Hoven Vision does not now have and never did have any place of business in Colorado.

5. The first exhibit shows a screenshot of an eBay page apparently offering Hoven Vision branded sunglasses for sale by someone calling herself "nocosunglasses" who is supposedly located in Wellington, Colorado. Hoven Vision has no connection or relationship to anyone identified as "nocosunglasses," and Hoven Vision does control any sale of its retail items on eBay.

6. The second exhibit is an apparent press release dated April 29, **2014** from an entity in Colorado called 3d Lacrosse. Hoven Vision was a one-time sponsor of 3d Lacrosse six years ago. Hoven Vision has not sponsored any other Colorado entity since 2014. That sponsorship was entered into before Hoven Vision and Plaintiff freely entered their contract. That contract, if it could be offered as evidence, shows that this case involves a simple contract dispute.

7. The third exhibit is a screenshot of an apparent online company known as Native Slope that sells Hoven Vision sunglasses. Hoven Vision does not own or operate the Native Slope website.

8. The fourth exhibit is a screenshot of a Google search of some entity called salenykyi. The "connection" to Colorado appears to be that the site has had visitors from all 50 states and the District of Columbia. Hoven Vision does not own or operate the salenykyi website.

I declare under penalty of perjury that the foregoing is true and correct.

2

Executed on July 30, 2020

*s/ Jeffrey Sehgal*
Jeffrey Sehgal

4843-9849-9269.1