# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-01122-WJM-KLM

JANA DILLON JAMIESON,

     Plaintiff,

v.

HOVEN VISION LLC,

     Defendant.

---

## DECLARATION OF RICHARD LIEBOWITZ

---

I, Richard Liebowitz, hereby swear under the penalty of perjury that the following is true and correct to the best of my personal knowledge.

1.     I respectfully submit this declaration in response to the Court's Order to Show Cause concerning sanctions.

2.     My understanding of the prevailing case law in copyright actions is that a district court may exercise specific jurisdiction over an out-of-state defendant who uses unauthorized copyrighted materials to market or sell products in the forum state.

3.     I initiated this action in the District of Colorado with the good faith belief that Defendant used Plaintiff's photographs to market and sell its products in the State of Colorado.  Attached as <u>Exhibit A</u> is a true and correct copy of Native Slope Colorado's website, indicating that Defendant Hoven Vision LLC distributed promotional photographs into the State to market and promote its products.  Plaintiff photographed the "Argonaut" series sunglasses referenced in the Native Slope Colorado article.

                                                      *Richard Liebowitz*

RICHARD LIEBOWITZ

# EXHIBIT A



Menu

⌂ [Home](Home) › Product Reviews

# Category: Product Reviews

Posted on **December 17, 2017** by **Maurissa Moore** — **Leave a comment**

## Hello, Hoven! 6 Things We Love About Hoven Sunglasses









12/20/2020                                    Product Reviews Archives - NativeSlope.com

Born in San Diego in 2002, Hoven Vision lives and breathes West Coast action
sports, and they deliver sunglasses that appeal to professionals and amateurs
alike. Hoven strives to reach people with a true passion for what they do and
how they live.

Hoven visionaries know who they are and what they want: *We are Hoven.*
*◆Passionate. Independent. Legitimate. Wherever you are, whatever you◆re into,*
*and whatever the weather, we◆ve got the eyewear.*



Photos: *Hoven Vision* & *Niall Morga◆@shorebreakimagery*

## :: Here are 6 Things We Love About Hoven Sunglasses ::

## 1 :: These Shades are Innovative & Badass.◆ And, THEY FLOAT!

Hoven◆s innovative **Argo**naut Series sunglasses feature a complete wraparound
design with their patented CliC Magnetic Technology for a legitimately secure
and comfortable fit on the water. Oh, and they float! Yes, that◆s right; they
float, as in you drop your favorite pair of shades into the water, and they
will be waiting for you, bobbing on the surface. Check it out:

 



The Argonaut Series - #1 Floatable Sunglass

*Video: [Hovenvision.com](Hovenvision.com)*

## 2 :: Hoven Keeps it Real

When we asked our Hoven sales and marketing rep for some promo photos, he sent us quite a few, and most of them were of real people having real fun in real situations. They aren't kidding when they say that Hoven Vision isn�t just a sunglasses company; it�s a lifestyle. �





0



*Photos: _Hoven Vision_*

---

We♦re also incredibly impressed with Hoven♦s customer service and
responsiveness. When we ask their team a question or place an order, they
respond quickly, and time doesn♦t seem to matter; our latest response came on
a Sunday morning, which was completely unexpected and totally awesome. ♦





Hoven makes their <u>sunglasses</u> for professionals and amateurs alike. ◆With different options and price points, you can get a pair of shades that will keep up with whatever adventure you have planned, no matter the intensity, no matter the speed. ◆All <u>Hoven sunglasses</u> are constructed of quality materials, and most are <u>polarized</u>.

*Ever wonder what makes polarized sunglasses polarized?◆ <u>CLICK HERE</u> to find out!*

# 4 :: The <u>Hoven</u> Lifestyle is Worth Living

We◆ll let more pictures speak for themselves:







*Photos:* *Hoven Vision*

# ◆ 5 :: Hoven is Inclusive & Authentic

Hoven expresses their inclusive and authentic attitude best in their mission statement: *Hoven has an agenda to connect broad audiences, from surf and skate*

  

12/20/2020    Product Reviews Archives - NativeSlope.com

*sport and strive to represent a way of life in a way that reflects legitimacy and the ultimate authenticity.*

## 6 :: [Hoven Sunglasses](#) Look & Feel Good



ALWAYS SUN BLOCKING.          NEVER FUN BLOCKING.

*Photos: Hoven Vision [@HovenVision](#)*

---

I◆m obsessed with my [Hoven Big Risky](#) sunglasses, and so is everyone else. These shades grab serious attention. With my [Big Risky sunglasses](#), the compliments come not only because the shades make a bold statement but also because they◆re clearly made with consideration and skill. Whenever someone comments on my [Big Riskys](#), I take them off and let the admirer hold them. They are handcrafted and made of quality materials, and you can immediately tell. ◆Any pair of [sunglasses](#) that make me look and feel good while also keeping up with ◆my active lifestyle is a keeper, and my Hoven sunglasses are my new favorites.

   



*Photos:  NativeSlope.com* ◈ *@NativeSlope*

Cover & Ad Images: Hoven Vision

◆ Native Slope and NativeSlope.com, 2017. Unauthorized use and/or duplication of this material without expressed and written permission from this site◆s author and/or owner is strictly prohibited. Excerpts and links may be used, provided that full and clear credit is given to Native Slope and NativeSlope.com with appropriate and specific direction to the original content.

  



Categories: **Features**, **Product Reviews**

Tags: **argonaut series**, **floating sunglasses**, **hoven eyewear**, **hoven sunglasses**, **hoven vision**, **polarized sunglasses california sunglasses**, **sunglasses**, **sunglasses review**, **surfing sunglasses**, **wakeboarding sunglasses**, **water sports sunglasses**, **water sunglasses**, **watersports eyewear**

Posted on **July 8, 2017** by **Maurissa Moore** — **Leave a comment**

# 10 Things We Dig About Tifosi Sunglasses







These are in no particular order. Like Tifosi sunglasses, this post is lightweight, simple, and authentic.



## :: 1 ::

Tifosi is an Italian word that means ◆enthusiast◆ or ◆superfan◆, which is just awesome. Who doesn't love being extremely excited about something in Italian?

## :: 2 ::

Most models have vented lenses for increased airflow and reduced fogging. Airflow is essential, and fog is a drag.◆

  



**:: 3 ::**

Tifosi does not offer direct sales; they exclusively support their retailers, big and small. AND, they are willing to work with online retailers who don't waste time and resources on brick and mortar stores. Thank you for meeting us in the 21st century, Tifosi!

**:: 4 ::**

Tifosi's lenses are scratch-resistant and shatterproof.





Product Reviews Archives - NativeSlope.com









## :: 5 ::

The ear pieces are adjustable for custom comfort and performance.

## :: 6 ::

Oh, and the nose pieces are adjustable too. Sweet.

## :: 7 ::

All lenses are optically decentered to eliminate distortion and prevent unwanted magnification. Science.



  

Tifosi was founded by Joe and Elizabeth Earley who saw a need in the eyewear industry and made their vision a reality. Mad props for putting an idea into action.

## :: 9 ::

Tifoi's mission is to provide innovative and technologically advanced performance eyewear at prices that won't break the bank. ◆That's pretty much what we're all about.

## :: 10 ::

Not only does Tifosi offer models that appeal to cyclists, runners, and golfers, but they also offer models that just look good. Yeah, we might be suckers for a little fashion now and then.








Categories: **Features**, **Product Reviews**

Posted on **October 8, 2016** by **Maurissa Moore** — **Leave a comment**

# The Best Looking Sport Sunglasses for Women

  



Let�s face it; most sport sunglasses look pretty lame. �Many manufacturers fall into the same rut of boring wrap designs, basic colors, and small, lifeless frames. Yawn. �

If you�re looking for a great pair of performance shades that also look freakin� adorable, then you�ve come to the right place. �Check out our favorite sunglasses manufacturers that deliver sunglasses that are built for performance and designed to turn heads.

### Native Eyewear Polarized Sunglasses

Yeah, sure, we�re a bit biased here considering Native�s name and the fact that they�re based in Colorado. �We wouldn�t suggest them, though, if they didn�t also make some great looking sunglasses that are made to keep up with an active lifestyle.







*Native Eyewear Solo Sunglasses | Sahara Snow White | Polarized Copper Reflex*

---

### Kaenon Polarized Sunglasses

Talk about style and performance in one incredible package. ◆With innovative technology and superior craftsmanship, Kaenon shades are well worth the investment. ◆Not only do they hold up to the toughest of challenges, but they also look great, and many models will easily take you from the trail or waves to a patio happy hour or front porch brunch.







*Kaenon Polarized Madison
Sunglasses | Black Frame | G12
Grey Lenses*

---

## Costa Del Mar Polarized Sunglasses

Designed for those who love the water, **Costa sunglasses** have particularly
attractive designs that come in some head-turning cuts and colors. Like **Native
Eyewear** and **Kaenon**, all of **Costa◇s sunglasses** are **polarized**. ◇**Costa** also backs
their **sunglasses** for life. Whether you◇re crushing some waves or chilling at
your cute neighbor◇s backyard bbq, you◇re going to look and feel good in a
pair of **Costas**.



*Costa Del Mar Polarized Prop
Sunglasses | Matte Caribbean Frame
| Fade Blue Mirror Lenses*

---





12/20/2020                    Product Reviews Archives - NativeSlope.com



*Costa Del Mar Polarized Coba*
*Sunglasses | Semi-Rimless Tortoise*
*Frame | 580OP Silver Mirror*

---

## **Oakley Sunglasses**

A crowd-pleaser for decades, Oakley knows how to deliver fashion-forward designs without compromising quality and performance. Always changing, always creating, and always offering a wide range of styles and price-points, a gal can never go wrong in a pair of Oakleys. �



  

*Lenses*

---

� [Native Slope](#) and [NativeSlope.com](#), 2017. Unauthorized use and/or duplication of this material without express and written permission from this site�s author and/or owner is strictly prohibited. Excerpts and links may be used, provided that full and clear credit is given to [Native Slope](#) and [NativeSlope.com](#) with appropriate and specific direction to the original content.



Categories: **Features**, **Lookbook**, **Product Reviews**

Tags: **athletic sunglasses**, **best sunglasses for women**, **best women's sunglasses**, **Costa Del Mar**, **costa sunglasses**, **cute sport sunglasses**, **cute sunglasses**, **cute sunglasses for women**, **cute women's sunglasses**, **female sunglasses**, **feminine sunglasses**, **kaenon**, **kaenon sunglasses**, **kaenone sunglasses for women**, **Native Eyewear Sunglasses**, **native eyewear sunglasses for women**, **Native Slope**, **Native Slope Sunglasses**, **NativeSlope.com**, **Oakley**, **Oakley Sunglasses**, **oakley sunglasses for women**, **polarized lenses**, **polarized sunglasses**, **polarized sunglasses for women**, **polarized women**, **polarized women's sunglasses**, **sport sunglasses**, **sport sunglasses for women**, **sunglasses**, **sunglasses for women**, **women's sport sunglasses**, **women's sunglasses**

Posted on **June 16, 2016** by **Maurissa Moore** — **Leave a comment**

      

Product Reviews Archives - NativeSlope.com

# Backed for Life: Costa Del Mar Sunglasses Warranty



Every pair of Costa Del Mar sunglasses are backed by a limited lifetime warranty. ◊If your Costas are damaged◊due to ◊defective materials or craftsmanship, then Costa will replace or repair them. ◊It's pretty much that simple and that awesome.



  

*Costa Del Mar directly handles all warranty claims and makes all repairs by hand. Photo: Costa Del Mar*

Costa charges an $11.95 fee for all claims, and◆the process is easy and worth it.◆Costa does not require a receipt, and they◆make all repairs by hand. ◆They even back limited edition shades. ◆If they cannot repair a limited edition pair of sunglasses, and they no longer carry the model, then they will send you a comparable pair.

To send your Costa sunglasses◆for repairs, simply fill out an online request form, print the shipping label, and send your Costas to the shop. Costa will get back to you with repair options. ◆We tried it, and it was simple and fast.

Because Costa hand cuts all of their lenses in Florida, they take them very seriously, so if you replace your lenses with non-Costa lenses, then you're not only incredibly silly, but you've also voided the warranty. Oops.

Need a new pair of Costa Del Mar sunglasses but don't qualify for the warranty? ◆No problem. ◆Here are some of our favorite Costa Del Mar sunglasses:






12/20/2020                                  Product Reviews Archives - NativeSlope.com

*Costa Del Mar Coba Sunglasses –*
*Tortoise Frame Polarized Silver*
*Mirror Lenses◇::◇NativeSlope.com*

---



*Costa Del Mar Seadrift Sunglasses*
*– Silver Frame Polarized Blue*
*Mirror Lenses :: NaiveSlope.com*

---



  

Case No. 1:20-cv-01122-WJM-KLM    Document 33-1    filed 12/21/20    USDC Colorado
pg 26 of 28

*Costa Del Mar Prop Sunglasses – Black & White Frame – Polarized Gray Lenses* :: *NativeSlope.com*

---

CLICK HERE for more information from Costa Del Mar about their warranty and repair policies.

� Native Slope and NativeSlope.com, 2017. Unauthorized use and/or duplication of this material without express and written permission from this site�s author and/or owner is strictly prohibited. Excerpts and links may be used, provided that full and clear credit is given to Native Slope and NativeSlope.com with appropriate and specific direction to the original content.

_____



---

Categories: **Features**, **Product Reviews**

Tags: **backed for life**, **Costa**, **Costa Del Mar**, **Costa Del Mar Sunglasses**, **Costa Del Mar warranty**, **Costa repairs**, **Costa sunglasses replacement lenses**, **Costa warranty**, **Replace Costa sunglasses**

Recent Posts




- 📄 See Native: Brighten Your Day & Someone Else's
- 📄 **Sunglasses 101: Grilamid TR⊙ Sunglasses**
- 📄 **Sunglasses 101: ANSI Rated Sunglasses**

## Archives

- 📁 **July 2019**
- 📁 **December 2018**
- 📁 **November 2018**
- 📁 **September 2018**
- 📁 **February 2018**
- 📁 **December 2017**
- 📁 **October 2017**
- 📁 **August 2017**
- 📁 **July 2017**
- 📁 **October 2016**
- 📁 **September 2016**
- 📁 **July 2016**
- 📁 **June 2016**
- 📁 **May 2016**
- 📁 **April 2016**
- 📁 **March 2016**

## Categories

- 📁 **Features**





📁 <u>See Native :: Motivation</u>

📁 <u>Sunglasses 101</u>

©2020 NativeSlope.com Owned and Operated by Spencer and Rae LLC

