**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 20-cv-01122-WJM-KLM

JANA DILLON JAMIESON,

      Plaintiff,

v.

HOVEN VISION LLC,

      Defendant.

---

**SUPPLEMENT TO RICHARD LIEBOWITZ'S RESPONSE TO ORDER TO SHOW
CAUSE**

---

Richard Liebowitz, by his attorney Michael T. McConnell, respectfully supplements "Richard Liebowitz's Response to Order to Show Cause" [Dkt 33] as follows:

1. In *Chevrestt v. Barstool Sports, Inc.,* Case No. 20-CV-1949 (VEC) filed in the United States District Court for the Southern District of New York, Judge Valerie Caproni entered an order requiring a copy of her order and two declarations filed by Mr. Liebowitz be filed in any matter where an order has entered requiring him to show cause why he should not be sanctioned.

2. The order and the two declarations in question are Exhibits One, Two and Three and are filed herewith.

DATED: January 7, 2021.

                    */s/ Michael T. McConnell*
                    Michael T. McConnell
                    McCONNELL VAN PELT, LLC
                    4700 South Syracuse Street, Suite 200
                    Denver, Colorado 80237
                    Telephone No.  (303) 480-0400
                    Facsimile No. (303) 458-9520
                    Email:  mike@mvp-legal.com

                    ATTORNEYS FOR RICHARD LIEBOWITZ

<u>**CERTIFICATE OF SERVICE (CM/ECF)**</u>

I HEREBY CERTIFY that on this 7th day of January, 2021, the foregoing **SUPPLEMENT TO RICHARD LIEBOWITZ'S RESPONSE TO ORDER TO SHOW CAUSE** was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of the filing to the following counsel of record:

Richard Liebowitz
Liebowitz Law Firm, PLLC
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
rl@liebowitzlawfirm.com

Craig B. Sanders
Barshay Sanders PLLC
100 Garden City Plaza, Suite 500
Garden City, NY 11530
csanders@barshaysanders.com
*Attorneys for Plaintiff*

Jonathan E. Moskin
Coleman T. Lechner
Foley & Lardner LLP
600 17th Street, Suite 2020S
Denver, CO 80202
90 Park Ave.
New York, NY 10016
jmosking@foley.com
clechner@foley.com
*Attorneys for Defendant*

*/s/ Lindsay Gonzales*
Lindsay Gonzales, Legal Assistant