IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-01122-WJM-KLM

JANA DILLON JAMIESON,

    Plaintiff,

v.

HOVEN VISION LLC,

    Defendant.

**PLAINTIFF'S MOTION FOR LEAVE TO SUPPLEMENT
RICHARD LIEBOWITZ'S RESPONSE TO ORDER TO SHOW CAUSE**

For good cause shown, attorney Richard Liebowitz, via undersigned counsel Michael T. McConnell, Esq. respectfully submits his motion for the Court's leave to file supplemental documents, attached hereto as Exhibit A, to Mr. Liebowitz's response to the Court's order to show cause. The present application is made upon the declaration of attorney McConnell (the "McConnell Decl."), filed concurrently herewith.

Mr. Liebowitz respectfully submits that there is good cause for the Court to grant the requested relief because, at the time Mr. Liebowitz's response to the order to show cause was filed on December 21, 2020, Mr. McConnell was not aware of Hon. Valerie E. Caproni's order from the United States District Court of the Southern District of New York ("SDNY"), which orders Mr. Liebowitz to disclose the existence of Judge Caproni's prior sanctions orders in any case where an order to show cause for sanctions has issued. [*See* McConnell Declaration ¶ 2]

Furthermore, the supplement does not contain any substantive arguments or cite any new authorities. It simply seeks to comply with the SDNY order and make this Court aware that the SDNY order had entered. [*See* McConnell Declaration ¶ 3]

Defendant Hoven Vision LLC does not suffer any prejudice if the requested relief is granted. Based on the foregoing, Mr. Liebowitz respectfully requests that his motion for leave to supplement the documents attached as Exhibit A should be GRANTED.

DATED: January 15, 2021

        Respectfully submitted,

        */s/ Michael T. McConnell*
        Michael T. McConnell
        McCONNELL VAN PELT, LLC
        4700 South Syracuse Street, Suite 200
        Denver, Colorado 80237
        Telephone No. (303) 480-0400
        Facsimile No. (303) 458-9520
        Email:   mike@mvp-legal.com

        ATTORNEYS FOR RICHARD LIEBOWITZ

## CERTIFICATE OF SERVICE (CM/ECF)

I HEREBY CERTIFY that on this 19th day of January, 2021, the foregoing **PLAINTIFF'S MOTION FOR LEAVE TO SUPPLEMENTRICHARD LIEBOWITZ'S RESPONSE TO ORDER TO SHOW CAUSE** was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of the filing to the following counsel of record:

| | |
|---|---|
| Richard Liebowitz<br>Liebowitz Law Firm, PLLC<br>11 Sunrise Plaza, Suite 305<br>Valley Stream, NY 11580<br>rl@liebowitzlawfirm.com<br><br>Craig B. Sanders<br>Barshay Sanders PLLC<br>100 Garden City Plaza, Suite 500<br>Garden City, NY 11530<br>csanders@barshaysanders.com<br>*Attorneys for Plaintiff* | Jonathan E. Moskin<br>Coleman T. Lechner<br>Foley & Lardner LLP<br>600 17th Street, Suite 2020S<br>Denver, CO 80202<br>90 Park Ave.<br>New York, NY 10016<br>jmosking@foley.com<br>clechner@foley.com<br>*Attorneys for Defendant* |

*/s/ Lindsay Gonzales*
Lindsay Gonzales, Legal Assistant

3