# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-01122-WJM-KLM

JANA DILLON JAMIESON,

    Plaintiff,

v.

HOVEN VISION LLC,

    Defendant.

## SUPPLEMENT TO RICHARD LIEBOWITZ'S RESPONSE TO ORDER TO SHOW CAUSE

Richard Liebowitz, by his attorney Michael T. McConnell, respectfully supplements "Richard Liebowitz's Response to Order to Show Cause" [Dkt 33] as follows:

1. In *Chevrestt v. Barstool Sports, Inc.,* Case No. 20-CV-1949 (VEC) filed in the United States District Court for the Southern District of New York, Judge Valerie Caproni entered an order requiring a copy of her order and two declarations filed by Mr. Liebowitz be filed in any matter where an order has entered requiring him to show cause why he should not be sanctioned.

2. The order and the two declarations in question are Exhibits One, Two and Three and are filed herewith.

DATED: January 19, 2021.

                              */s/ Michael T. McConnell*
                              Michael T. McConnell
                              McCONNELL VAN PELT, LLC
                              4700 South Syracuse Street, Suite 200
                              Denver, Colorado 80237
                              Telephone No.  (303) 480-0400
                              Facsimile No. (303) 458-9520
                              Email:   mike@mvp-legal.com

                              ATTORNEYS FOR RICHARD LIEBOWITZ

## CERTIFICATE OF SERVICE (CM/ECF)

I HEREBY CERTIFY that on this 19th day of January, 2021, the foregoing **SUPPLEMENT TO RICHARD LIEBOWITZ'S RESPONSE TO ORDER TO SHOW CAUSE** was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of the filing to the following counsel of record:

Richard Liebowitz
Liebowitz Law Firm, PLLC
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
rl@liebowitzlawfirm.com

Craig B. Sanders
Barshay Sanders PLLC
100 Garden City Plaza, Suite 500
Garden City, NY 11530
csanders@barshaysanders.com
*Attorneys for Plaintiff*

Jonathan E. Moskin
Coleman T. Lechner
Foley & Lardner LLP
600 17th Street, Suite 2020S
Denver, CO 80202
90 Park Ave.
New York, NY 10016
jmosking@foley.com
clechner@foley.com
*Attorneys for Defendant*

*/s/ Lindsay Gonzales*
Lindsay Gonzales, Legal Assistant

2

# EXHIBIT 1

# Order

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _10/7/2020_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
ANGEL CHEVRESTT, :
 :
                     Plaintiff, :
 : 20-CV-1949 (VEC)
     -against- :
 : ORDER
 :
BARSTOOL SPORTS, INC., :
 :
                  Defendant. :
------------------------------------------------------------- X

VALERIE CAPRONI, District Judge:

       WHEREAS on May 8, 2020 the Court ordered Mr. Liebowitz to pay a civil sanction to the Clerk of Court of $3,000 for his failure to comply with Court orders and deadlines (Dkt. 20);

       WHEREAS on September 15, 2020, Mr. Liebowitz appeared for a hearing to discuss how he planned to improve his practice or otherwise ensure that the non-compliance that gave rise to the sanctions in this case will not be repeated in future cases;

       WHEREAS on September 30, 2020, Mr. Liebowitz submitted a sworn declaration detailing the concrete steps and processes he has instituted in his practice to improve compliance with the Federal Rules of Civil Procedure and Court orders (Dkt. 36);

       WHEREAS on October 6, 2020, Mr. Liebowitz submitted a supplemental declaration (Dkt. 38);

       IT IS HEREBY ORDERED THAT:

1. From **October 7, 2020, to October 7, 2022,** if Mr. Liebowitz is ordered to show cause by *any* district court in the United States why he should not be sanctioned for failure to comply with court orders or court deadlines, his response to the Order to

Case No. 1:20-cv-01122-WJM-KLM   Document 36-1   filed 01/19/21   USDC Colorado
Case 1:20-cv-01949-VEC   Document 39   Filed 10/07/20   Page 2 of 2
pg 5 of 13

Show Cause must include a copy of this Order and both of the above-referenced declarations.

2. Mr. Liebowitz must submit a sworn statement to the Undersigned every six months indicating whether any such orders to show cause have been entered against him. If any such order has been entered, Mr. Liebowitz must provide the case name, case number, and docket number and certify that he filed this order and the two declarations as part of his response. The first such sworn statement is due **April 7, 2021**.

**SO ORDERED.**

Date: October 7, 2020
New York, NY

_____
**VALERIE CAPRONI**
**United States District Judge**

2

# EXHIBIT 2

# September 30, 2020
# Declaration of
# Richard Liebowitz

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X

ANGEL CHEVRESTT,

            Plaintiff,

  -against-

BARSTOOL SPORTS, INC.,

            Defendant.

------------------------------------------------------------X

20-CV-1949 (VEC)

**DECLARATION OF RICHARD LIEBOWITZ**

**DECLARATION OF RICHARD LIEBOWITZ, ESQ.,
IN RESPONSE TO THE COURT'S SEPTEMBER 15, 2020 ORDER**

Pursuant to 28 U.S.C. § 1746, I hereby declare as follows:

1. I am an attorney duly admitted to practice before this Court.

2. I make this Declaration in response to this Court's September 15, 2020 Order, which required me to submit a sworn statement to the Court detailing: 1) the concrete steps and processes I have instituted in my practice to improve compliance with the Federal Rules of Civil Procedure and Court orders; 2) what type of tickler system I am implementing in my practice and how it will enable me to keep track of deadlines; and 3) whether the New York City Bar Association's program *Panel of Lawyers Who are Doing it: Practice Management Technology to Grow Your Solo/Small Law Practice Ethically* will be offered again in 2020 or 2021.

3. With respect to this Court's first question, I am committed to improving the way I practice law, and have taken steps to do so. In December 2019, I retained a highly experienced ethics attorney, Michael S. Ross, Esq., and since then, he and his firm have spent over 100 hours working with me to improve the practice management of my firm. Mr. Ross has had countless

Case No. 1:20-cv-01122-WJM-KLM   Document 36-1   filed 01/19/21   USDC Colorado
                           pg 8 of 13
Case 1:20-cv-01949-VEC   Document 36   Filed 09/30/20   Page 2 of 4

conversations with me and my senior staff; and he has performed on-site visits to my office in late-February 2020, during which he met with me and my staff to review the physical operations and actual intake and litigation process of my firm.

4. Among other things, and at Mr. Ross' direction, I purchased the "Clio" practice management software suite for my firm. (See http://www.clio.com.) Among other features, the Clio software suite aggregates all information concerning a client matter on a single dashboard, allowing me and my staff to quickly access all relevant case information necessary for Court filings. Clio also links every contact, document, calendar event, note, time entry, and bill to the appropriate case; it tracks a client's history of contacts and conversations with my firm across e-mails, telephone calls, etc.; and it permits my firm's staff to log-in remotely to retrieve case information while working from home or outside the office. Utilizing Clio has provided me and my firm – for the first time – with the ability to properly manage case information.

5. In addition, and in response to this Court's second question, I have started using Clio's electronic "tickler" system to alert me and my staff as to all critical dates and to inform me and my staff of when deadlines are approaching. Unfortunately, although new cases are entered into Clio, my firm's thousands of earlier cases are being inputted into the system on an ongoing basis, but it is a slow process. At the same time as I was being counseled by Mr. Ross and was implementing the Clio litigation management system, I came to accept the fact that no management improvement for my firm would have any true impact unless I ceased accepting as many clients as I had been. For that reason, I reduced my new client intake by nearly 50%. This has allowed my staff to become more careful in their filings, pending Clio being fully operational and pending my having completed reforming the management of my firm from the ground up. Mr. Ross has assured me that he will continue to support and mentor me in the proper

Case No. 1:20-cv-01122-WJM-KLM   Document 36-1   filed 01/19/21   USDC Colorado
pg 9 of 13
Case 1:20-cv-01949-VEC   Document 36   Filed 09/30/20   Page 3 of 4

management of my firm, the manner in which I communicate with the courts, and the manner in which my firm makes representations to adversaries and courts.

6. Moreover, I am delegating tasks to employees to make the Firm more efficient in managing cases. Every Sunday I review what is due that week and create tasks for employees to make sure everything is done on time.

7. Finally, I am consulting with Mr. Ross and others concerning undertaking a professional affiliation with lawyers outside my firm to create a firm structure that will provide me, my staff and my clients with additional support to assure compliance with the Federal Rules of Civil Procedure and Court orders.

8. With respect to this Court's third question, based upon online research and a conversation with the New York City Bar Association's staff, it is my understanding that the CLE program entitled "*Panel of Lawyers Who are Doing it: Practice Management Technology to Grow Your Solo/Small Law Practice Ethically*" will not be offered again in 2020 or 2021, however, the Small Law Firm Committee who put this program together will likely have another program similar in the future. However in the interim, I found three somewhat similar programs concerning practice management which are offered by the New York State Bar Association: 1) "*Solos And Small Firm Lawyers Conference Part One: Your Firm*" (Sept. 14, 2020); 2) "*Risk Management For Lawyers*" (Sept. 25, 2020); and 3) "*Hot Topics In Law Practice Management*" (2019).

9. I have already started watching the program entitled *Solos And Small Firm Lawyers Conference Part One: Your Firm*.

10. I apologize for consuming this Court's time and stand ready to provide any additional information required by the Court.

Case No. 1:20-cv-01122-WJM-KLM   Document 36-1   filed 01/19/21   USDC Colorado
Case 1:20-cv-01949-VEC   Document 36   Filed 09/30/20   Page 4 of 4
pg 10 of 13

I declare under penalty of perjury that my foregoing statements are true and correct.

Executed on September 30, 2020.

                                                __/s/Richard Liebowitz_____
                                                RICHARD LIEBOWITZ

# EXHIBIT 3

# October 6, 2020 Declaration of Richard Liebowitz

Case No. 1:20-cv-01122-WJM-KLM   Document 36-1   filed 01/19/21   USDC Colorado
                                  pg 12 of 13
Case 1:20-cv-01949-VEC   Document 38   Filed 10/06/20   Page 1 of 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANGEL CHEVRESTT

                Plaintiff,

- against -

BARSTOOL SPORTS, INC.

                Defendant.

Docket No. 1:20-cv-01949-VEC

---

**DECLARATION OF RICHARD LIEBOWITZ**

I, RICHARD LIEBOWITZ, declare under the penalty of perjury that the following is true and correct to the best of my personal knowledge.

1. I am counsel for Plaintiff Angel Chevrestt ("Plaintiff") in this action.

2. I respectfully submit this Declaration in response to the Court's Order, dated October 1, 2020 [Dkt. #37]

3. Clio was installed on March 13, 2020.

4. We expect that all prior cases will be fully loaded into the Clio system by December 31, 2020, and all new cases are inputted into the system.

Dated: October 6, 2020
       Valley Stream, NY

Respectfully submitted:

**/s/richardliebowitz/**
Richard Liebowitz
LIEBOWITZ LAW FIRM, PLLC
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580

Case No. 1:20-cv-01122-WJM-KLM   Document 36-1   filed 01/19/21   USDC Colorado
Case 1:20-cv-01949-VEC   Document 38   Filed 10/06/20   Page 2 of 2
pg 13 of 13

        516-233-1660
        RL@LiebowitzLawFirm.com

        *Attorneys for Plaintiff*
        *Angel Chevrestt*