IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-01122-WJM-KLM

JANA DILLON JAMIESON,

    Plaintiff,

v.

HOVEN VISION LLC,

    Defendant.

## DECLARATION OF MICHAEL McCONNELL, ESQ.

I, MICHAEL McCONNELL, hereby swear under the penalty of perjury that the following is true and correct to the best of my personal knowledge.

1.    I am counsel of record for attorney Richard Liebowitz and submit this declaration in support of Mr. Liebowitz's motion for the Court's leave to file supplemental documents to Mr. Liebowitz's response to the Court's order to show cause.

2.    At the time Mr. Liebowitz's response to the order to show cause was filed on December 21, 2020, I was not aware of Hon. Valerie E. Caproni's order from the United States District Court of the Southern District of New York ("SDNY"), which orders Mr. Liebowitz to disclose the existence of Judge Caproni's prior sanctions orders in any case where an order to show cause for sanctions has issued.

1

3.  Furthermore, the proposed supplement does not contain any substantive arguments or cite any new authorities. It simply seeks to comply with the SDNY order and make this Court aware that the SDNY order had entered.

DATED: January 19, 2021

                                                    Respectfully submitted,

                                                    */s/ Michael T. McConnell*

                                                    Michael T. McConnell