**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 20-cv-01122-WJM-KLM

JANA DILLON JAMIESON,

    Plaintiff,

 v.

HOVEN VISION LLC,

    Defendant.

### NOTICE OF APPEARANCE OF THOMAS J. KRYSA

To the Clerk of the Court and all parties of record:

    I certify that I am a member of the Bar of this Court in good standing, and I hereby enter my appearance as counsel for Defendant, Hoven Vision LLC.

    Respectfully submitted this 4th day of February, 2021.

    s/ *Thomas J. Krysa*
**Thomas J. Krysa**
Foley & Lardner LLP
600 17th Street, Suite 2020S
Denver, CO  80202
Telephone: (720) 437-2000
FAX: (720) 437-2200
tkrysa@foley.com

*Attorneys for Defendant
Hoven Vision LLC*

1

## CERTIFICATE OF SERVICE

      I hereby certify that on February 4, 2021, I electronically filed the foregoing with the Clerk of Court using the ECF system, which will electronically send notice to:

All counsel of record

                                                      s/ *Thomas J. Krysa*
                                                      Thomas J. Krysa