IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-01122-WJM-KLM

JANA DILLON JAMIESON,

    Plaintiff,

 v.

HOVEN VISION LLC,

    Defendant.

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to D.C.COLO.LAttyR 5(b), undersigned counsel Coleman T. Lechner, one of the attorneys of record for Defendant Hoven Vision LLC ("Hoven Vision") submits this motion to withdraw as counsel and submits the following as good cause:

Undersigned counsel will be imminently departing the law firm of Foley & Lardner LLP to take an in-house counsel position with a company. That company is not any of the parties in this matter.

Thomas J. Krysa, also of the firm Foley & Lardner LLP, remains as an attorney of record for Hooper.

Accordingly, Hoven Vision still has legal counsel of record, as it is required to have in this Court, and there would be no prejudice to Hooper or any of the other parties in the granting of this motion.

The undersigned certifies that he provided a copy of this motion to withdraw to Hoven Vision and its remaining counsel of record, Thomas J. Krysa, contemporaneously with the filing

1

of the motion. The undersigned further certifies that he has provided notice to Hoven Vision, in accordance with D.C.COLO.LAttyR 5(b), that the company may not appear without counsel admitted to the bar of this court, and that absent prompt appearance of substitute counsel, pleadings and papers may be stricken, and default judgment or other sanctions may be imposed against the entity.

Accordingly, undersigned counsel respectfully requests that this motion to withdraw be granted.

Dated: February 5, 2021.                    Respectfully submitted,

                                            s/ Coleman T. Lechner
                                            *Coleman T. Lechner*
                                            Foley & Lardner LLP
                                            600 17th Street, Suite 2020S
                                            Denver, CO 80202
                                            Telephone: 720.437.2000
                                            FAX: 720.437.2200
                                            Email: clechner@foley.com

                                            Attorneys for Defendant Hoven Vision LLC

**CERTIFICATE OF SERVICE (CM/ECF)**

I HEREBY CERTIFY that on February 5, 2021, I caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to:

**All counsel of record**

                                            *s/ Coleman T. Lechner*
                                            Coleman T. Lechner

4811-4395-5419.1