**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 20-cv-01122-WJM-KLM

JANA DILLON JAMIESON,

    Plaintiff,

 v.

HOVEN VISION LLC,

    Defendant.

---

**DEFENDANT HOVEN VISION LLC'S NOTICE OF FILING OF DOCUMENTATION FOR ITS ATTORNEYS' FEES AND COSTS**

---

Defendant Hoven Vision LLC ("Defendant"), by and through its undersigned attorneys, hereby files its Notice of Filing of Documentation for its Attorneys' Fees and Costs related to this matter. In support thereof, Defendant states as follows:

1. On April 21, 2021, the Court issued its Order Making Order to Show Cause Absolute and Sanctioning Attorney Richard Liebowitz (Dkt. # 43). In the Order, the Court directed Defendant to file documentation with the Court of its attorneys' fees and costs reasonably incurred in defending this action no later than April 27, 2021.

2. In compliance with the Court's order, Defendant has filed concurrently with this Notice the Declaration of Jonathan E. Moskin with attached Exhibits 1-8 to document Defendant's attorneys' fees and costs reasonably incurred in defending this action. Those fees and costs total $34,227.50.

3. As supported by Mr. Moskin's Declaration, Defendant's counsel has exercised reasonable billing judgment in this matter to minimize costs, and therefore requests reimbursement of Defendant's attorneys' fees and costs in their entirety. To the

1

extent the Court has additional questions or requires additional information, Defendant will supplement its submission with the Court.

DATED:  April 27, 2021 	 Respectfully submitted,

*s/Thomas J. Krysa*
Thomas J. Krysa
Foley & Lardner LLP
600 17th Street, Suite 2020S
Denver, CO  80202
Tel. (720) 437-2010
Tkrysa@foley.com

*Attorneys for Defendant Hoven Vision LLC*

3

## CERTIFICATE OF SERVICE

I hereby certify that on April 27, 2021, the foregoing **DEFENDANT HOVEN VISION LLC'S NOTICE OF FILING OF DOCUMENTATION FOR ITS ATTORNEYS' FEES AND COSTS** was filed with the CM/ECF system, which will send electronic notification to all parties of record.

Dated:  April 27, 2021                               *s/Thomas J. Krysa*