**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 20-cv-01122-WJM-KLM

JANA DILLON JAMIESON,

      Plaintiff,

 v.

HOVEN VISION LLC,

      Defendant.

---

**DECLARATION OF JONATHAN E. MOSKIN**

---

Jonathan E. Moskin, in accordance with the requirements of 28 U.S.C. § 1746, under penalty of perjury, hereby declares:

      1.      I am an attorney admitted to practice in the State of New York and represent Defendant Hoven Vision LLC ("Hoven" or "Defendant") in the above-captioned proceeding.   I have personal knowledge of the facts set forth herein, and make this declaration pursuant to the Court's April 21, 2021 Order Making Order to Show Cause Absolute and Sanctioning Attorney Richard Liebowitz.

      2.      I am a partner with the law firm Foley & Lardner LLP.  My billing rate on this matter was $975 per hour.  My rate is set by my firm based on comparable rates of other attorneys with similar levels of experience. In summary (which could be supplemented), I have acted as lead trial counsel and otherwise litigated trademark, copyright and patent cases, as well as contract disputes, privacy matters, false advertising and right of publicity cases in numerous federal, trial and appellate courts for more than 35 years.  To limit the size of the bills to defend this case, I delegated most of the work to my colleague in

1

Denver, Coleman Lechner, whose billing rate was $510 per hour.  Mr. Lechner is a member of the Colorado bar and the U.S. District Court for the District of Colorado.  Mr. Lechner recently left Foley & Lardner LLP and withdrew as counsel of record.  He was replaced by Thomas J. Krysa, who has not billed any time to this matter.

3.    In a further effort to limit legal fees and avoid needless controversy, I reached out to Mr. Liebowitz to try to settle the case immediately after the case was filed, based on what I believed then and believe now to have been the only possible basis for a very modest contract claim (not copyright) based on plaintiff's apparent small billing error several years ago when she agreed to allow Hoven Vision to use the photographs in issue.  Following delivery of my attached May 4, 2020 letter, despite several exchanges by email and telephone, Mr. Liebowitz consistently demanded a payment that I did not believe was supported by the facts or the law.  More important, we only filed the motion to dismiss when it became apparent the nuisance cost of settling would likely be equivalent or higher than filing the motion.

4.    Attached hereto as Exhibits 1-8 are true and correct copies of the bills submitted by Foley & Lardner LLP to our client for this matter, totaling $34,227.50.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 27, 2021.

*/s/ Jonathan E. Moskin*
Jonathan E. Moskin

2

3

**CERTIFICATE OF SERVICE**

I hereby certify that on April 27, 2021, the foregoing **DECLARATION OF JONATHAN E. MOSKIN** was filed with the CM/ECF system, which will send electronic notification to all parties of record.

Dated:  April 27, 2021                    *s/Thomas J. Krysa*

3

4833-3483-4151.2