# EXHIBIT 1



**FOLEY & LARDNER LLP**
90 PARK AVENUE
NEW YORK, NY 10016-1314
TELEPHONE (212) 682-7474
FACSIMILE (212) 687-2329
WWW.FOLEY.COM

| | |
|---|---|
| 1976, LLC d/b/a Hoven Vison<br>887 La Jolla Rancho Road<br>La Jolla, CA 92037 | Date: May 26, 2020<br>Invoice No.: 50021616<br>Our Ref. No.: 120720-0105 |

Services through April 30, 2020

| | |
|---|---|
| Amount due for professional services rendered regarding Copyright Infringement Matter | $2,437.50 |
| **Total Amount Due:** | **$2,437.50** |

**Please reference your account number 120720-0105 and your invoice number 50021616 with your remittance payable to Foley & Lardner LLP. Payment is due promptly upon receipt of our invoice.**

Federal Employer Number:
39-0473800

**1976, LLC**  Page 2
Our Ref. No.: 120720-0105  Foley & Lardner LLP
Invoice No.: 50021616  May 26, 2020

### Professional Services Detail

| Date | Initials | Description | Hours | Amount |
|---|---|---|---:|---:|
| 04/23/20 | JEM | Review complaint; confer with client; background research. | 1.00 | $975.00 |
| 04/27/20 | JEM | Confer with client. | 0.30 | $292.50 |
| 04/28/20 | JEM | Study complaint; confer with client; research Copyright Office records. | 1.20 | $1,170.00 |
| | | Services Total: | 2.50 | $2,437.50 |

### Professional Services Summary

| Service Provider | Initials | Hours | Rate | Amount |
|---|---|---:|---:|---:|
| Jonathan E. Moskin | JEM | 2.50 | $975.00 | $2,437.50 |
| **Totals** | | **2.50** | | **$2,437.50** |



**FOLEY & LARDNER LLP**
90 PARK AVENUE
NEW YORK, NY  10016-1314
TELEPHONE (212) 682-7474
FACSIMILE (212) 687-2329
WWW.FOLEY.COM

1976, LLC d/b/a Hoven Vison
887 La Jolla Rancho Road
La Jolla, CA 92037

Date: May 26, 2020
Invoice No.: 50021616
Our Ref. No.: 120720-0105

# Remittance Advice

*Current Invoice:*

05/26/20 - 50021616                                   $2,437.50

                                                      _____

**Total Amount Due:**                                 **$2,437.50**

**Should you wish to remit your payment via wire transfer, please include our reference no. 00120720-000105 and/or invoice no. 50021616 and forward to:**

JPMorgan Chase Bank
510 Fifth Avenue
New York, NY 10036
Routing No.: 021000021
Acct. Name: Foley & Lardner LLP
Acct. No.: 9871023319-65
Swift Code:  CHASUS33