# EXHIBIT 2



**FOLEY & LARDNER LLP**
90 PARK AVENUE
NEW YORK, NY  10016-1314
TELEPHONE (212) 682-7474
FACSIMILE (212) 687-2329
WWW.FOLEY.COM

1976, LLC d/b/a Hoven Vison
887 La Jolla Rancho Road
La Jolla, CA 92037

Date: June 25, 2020
Our Ref. No.: 120720-0105

## Statement of Account

**Outstanding Invoices:**

| Date | Invoice No. | Amount | Credits | Balance |
|---|---|---|---|---|
| 05/26/2020 | 50021616 | $2,437.50 | $0.00 | $2,437.50 |
| | | Total Balance Outstanding: | | $2,437.50 |

**Current Invoice:**

| Date | Invoice No. | Amount | Credits | Balance |
|---|---|---|---|---|
| 06/25/2020 | 50041151 | $5,658.00 | $0.00 | $5,658.00 |
| | | **Total Amount Due:** | | **$8,095.50** |

**Please reference your account number 120720-0105 and your invoice number 50041151 with your remittance payable to Foley & Lardner LLP. Payment is due promptly upon receipt of our invoice.**

Federal Employer Number:
39-0473800



**FOLEY & LARDNER LLP**
90 PARK AVENUE
NEW YORK, NY 10016-1314
TELEPHONE (212) 682-7474
FACSIMILE (212) 687-2329
WWW.FOLEY.COM

| | |
|---|---|
| 1976, LLC d/b/a Hoven Vison | Date: June 25, 2020 |
| 887 La Jolla Rancho Road | Invoice No.: 50041151 |
| La Jolla, CA 92037 | Our Ref. No.: 120720-0105 |

Services through May 31, 2020

| | |
|---|---|
| Amount due for professional services rendered regarding Copyright Infringement Matter | $5,658.00 |
| **Amount Due:** | **$5,658.00** |

**Please reference your account number 120720-0105 and your invoice number 50041151 with your remittance payable to Foley & Lardner LLP. Payment is due promptly upon receipt of our invoice.**

Federal Employer Number:
39-0473800

**1976, LLC**  Page 2
Our Ref. No.: 120720-0105  Foley & Lardner LLP
Invoice No.: 50041151  June 25, 2020

**Professional Services Detail**

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| 05/04/20 | JEM | Confer with client regarding letter to Liebowitz. | 0.30 | $292.50 |
| 05/05/20 | JEM | Confer with client regarding settlement and strategy. | 0.50 | $487.50 |
| 05/07/20 | JEM | Reminder to opposing counsel; update client. | 0.20 | $195.00 |
| 05/11/20 | JEM | Confer with client; review article on latest sanctions entered against R Liebowitz; telephone conference with opposing counsel regarding settlement; report to client. . | 0.50 | $487.50 |
| 05/12/20 | JEM | Confer with client and opposing counsel regarding settlement. | 0.40 | $390.00 |
| 05/13/20 | JEM | Confer with client regarding settlement; email to opposing counsel. | 0.50 | $487.50 |
| 05/19/20 | CTL | Emails with J. Moskin regarding infringement matter, drafting stipulation of extension, and case background; drafting stipulation. | 0.80 | $408.00 |
| 05/19/20 | JEM | Confer with client and opposing counsel; confer with C. Lechner regarding stipulation extending time to respond to complaint. | 0.70 | $682.50 |
| 05/20/20 | CTL | Draft and revise stipulation and entries of appearance; email drafts to J. Moskin. | 0.70 | $357.00 |
| 05/20/20 | JEM | Prepare stipulation extending time to answer; confer with opposing counsel regarding same and regarding settlement. | 0.40 | $390.00 |
| 05/21/20 | JEM | Prepare stipulation extending time to respond to complaint. | 0.30 | $292.50 |
| 05/22/20 | CTL | Finalize and file entry of appearance; emails with J. Moskin regarding same. | 0.30 | $153.00 |
| 05/26/20 | CTL | Review emails between J. Moskin and opposing counsel regarding settlement discussions. | 0.20 | $102.00 |
| 05/27/20 | JEM | Confer with client regarding plaintiff's new settlement offer. | 0.30 | $292.50 |
| 05/29/20 | CTL | Review emails between J. Moskin and opposing counsel regarding settlement discussions. | 0.10 | $51.00 |
| 05/29/20 | JEM | Confer with client and opposing counsel regarding settlement. | 0.50 | $487.50 |
| 05/30/20 | CTL | Review emails between J. Moskin and opposing counsel regarding settlement discussions. | 0.20 | $102.00 |

**1976, LLC**  Page 3
Our Ref. No.: 120720-0105  Foley & Lardner LLP
Invoice No.: 50041151  June 25, 2020

|  | Services Total: | 6.90 | $5,658.00 |
|---|---|---|---|

**Professional Services Summary**

| Service Provider | Initials | Hours | Rate | Amount |
|---|---|---|---|---|
| Coleman T. Lechner | CTL | 2.30 | $510.00 | $1,173.00 |
| Jonathan E. Moskin | JEM | 4.60 | $975.00 | $4,485.00 |
| **Totals** | | **6.90** | | **$5,658.00** |



**FOLEY & LARDNER LLP**
90 PARK AVENUE
NEW YORK, NY 10016-1314
TELEPHONE (212) 682-7474
FACSIMILE (212) 687-2329
WWW.FOLEY.COM

1976, LLC d/b/a Hoven Vison
887 La Jolla Rancho Road
La Jolla, CA 92037

Date: June 25, 2020
Invoice No.: 50041151
Our Ref. No.: 120720-0105

## Remittance Advice

*Outstanding Invoices:*

| | |
|---|---|
| 05/26/20 - 50021616 | $2,437.50 |
| *Prior Outstanding Balance:* | $2,437.50 |

*Current Invoice:*

| | |
|---|---|
| 06/25/20 - 50041151 | $5,658.00 |
| **Total Amount Due:** | **$8,095.50** |

**Should you wish to remit your payment via wire transfer, please include our reference no. 00120720-000105 and/or invoice no. 50041151 and forward to:**

JPMorgan Chase Bank
510 Fifth Avenue
New York, NY 10036
Routing No.: 021000021
Acct. Name: Foley & Lardner LLP
Acct. No.: 9871023319-65
Swift Code: CHASUS33