# EXHIBIT 3



**FOLEY & LARDNER LLP**
90 PARK AVENUE
NEW YORK, NY 10016-1314
TELEPHONE (212) 682-7474
FACSIMILE (212) 687-2329
WWW.FOLEY.COM

1976, LLC d/b/a Hoven Vison
887 La Jolla Rancho Road
La Jolla, CA 92037

Date: July 28, 2020
Our Ref. No.: 120720-0105

## Statement of Account

**Outstanding Invoices:**

| Date | Invoice No. | Amount | Credits | Balance |
|---|---|---|---|---|
| 05/26/2020 | 50021616 | $2,437.50 | $0.00 | $2,437.50 |
| 06/25/2020 | 50041151 | $5,658.00 | $0.00 | $5,658.00 |
| | | | Total Balance Outstanding: | $8,095.50 |

**Current Invoice:**

| Date | Invoice No. | Amount | Credits | Balance |
|---|---|---|---|---|
| 07/28/2020 | 50058366 | $10,814.00 | $0.00 | $10,814.00 |
| | | | **Total Amount Due:** | **$18,909.50** |

**Please reference your account number 120720-0105 and your invoice number 50058366 with your remittance payable to Foley & Lardner LLP. Payment is due promptly upon receipt of our invoice.**

Federal Employer Number:
39-0473800



**FOLEY & LARDNER LLP**
90 PARK AVENUE
NEW YORK, NY 10016-1314
TELEPHONE (212) 682-7474
FACSIMILE (212) 687-2329
WWW.FOLEY.COM

| | |
|---|---|
| 1976, LLC d/b/a Hoven Vison | Date: July 28, 2020 |
| 887 La Jolla Rancho Road | Invoice No.: 50058366 |
| La Jolla, CA 92037 | Our Ref. No.: 120720-0105 |

Services through June 30, 2020

| | |
|---|---|
| Amount due for professional services rendered regarding Copyright Infringement Matter | $11,383.00 |
| LESS 5% COURTESY DISCOUNT: | ($569.15) |
| Total Services: | $10,813.85 |
| Total Expenses: | $0.15 |
| **Amount Due:** | **$10,814.00** |

**Please reference your account number 120720-0105 and your invoice number 50058366 with your remittance payable to Foley & Lardner LLP. Payment is due promptly upon receipt of our invoice.**

Federal Employer Number:
39-0473800

**1976, LLC**  Page 2
Our Ref. No.: 120720-0105  Foley & Lardner LLP
Invoice No.: 50058366  July 28, 2020

**Professional Services Detail**

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 06/03/20 | JEM | Confer with C. Lechner regarding status and Liebowitz response to suspension notice. | 0.30 | $292.50 |
| 06/04/20 | JEM | Confer with opposing counsel regarding failure to correct suspension. . | 0.30 | $292.50 |
| 06/05/20 | JEM | Confer with client regarding settlement. | 0.50 | $487.50 |
| 06/09/20 | CTL | Researching personal jurisdiction and reviewing court orders sanctioning plaintiff's attorney Liebowitz; drafting motion to dismiss and request for attorney's fees; reviewing court order filed into the case regarding sanctions against Liebowitz; emails with J. Moskin regarding same. | 3.30 | $1,683.00 |
| 06/09/20 | JEM | Confer with client; prepare motion to dismiss; confer with client regarding status; confer with C. Lechner regarding motion to dismiss. | 1.70 | $1,657.50 |
| 06/10/20 | CTL | Continue drafting motion to dismiss; emails with J. Moskin regarding motion and seeking attorneys fees. | 2.50 | $1,275.00 |
| 06/10/20 | JEM | Prepare motion to dismiss; confer with C. Lechner. | 1.00 | $975.00 |
| 06/11/20 | CTL | Revise declaration and motion to dismiss; research attorney's fees case law. | 1.30 | $663.00 |
| 06/11/20 | JEM | Revise motion to dismiss and supporting affidavits. | 1.00 | $975.00 |
| 06/12/20 | CTL | Revise and finalize motion to dismiss and request for attorney's fees; emails with client and J. Moskin regarding motion to dismiss; file motion to dismiss; review minute order from Court regarding plaintiff's counsel's suspension from practice. | 2.60 | $1,326.00 |
| 06/12/20 | JEM | Revise and finalize motion to dismiss and supporting affidavits. | 1.20 | $1,170.00 |
| 06/12/20 | TCD | Finalize and electronically file Motion to Dismiss and related Declaration with Colorado District Court. | 0.40 | $94.00 |
| 06/18/20 | CTL | Review filings by plaintiff's new counsel and withdrawal motion by former counsel; emails with J. Moskin regarding the same. | 0.20 | $102.00 |
| 06/18/20 | JEM | Confer with opposing counsel; review withdrawal and substitution of new counsel; report to client. | 0.40 | $390.00 |

**1976, LLC** Page 3
Our Ref. No.: 120720-0105 Foley & Lardner LLP
Invoice No.: 50058366 July 28, 2020

| | | |
|---|---:|---:|
| Subtotal: | | $11,383.00 |
| LESS 5% COURTESY DISCOUNT: | | ($569.15) |
| Services Total: | 16.70 | $10,813.85 |

## Professional Services Summary

| Service Provider | Initials | Hours | Rate | Amount |
|---|---|---:|---:|---:|
| Coleman T. Lechner | CTL | 9.90 | $510.00 | $5,049.00 |
| Tanya C. Durham | TCD | 0.40 | $235.00 | $94.00 |
| Jonathan E. Moskin | JEM | 6.40 | $975.00 | $6,240.00 |
| **Totals** | | **16.70** | | **$11,383.00** |

## Expenses Incurred

| Description | Amount |
|---|---:|
| Photocopying Charges | $0.15 |
| **Expenses Incurred Total** | **$0.15** |

Certain services and expenses, which involve payments made to third parties, include an additional charge based upon our internal costs with respect to those services and expenses.



**FOLEY & LARDNER LLP**
90 PARK AVENUE
NEW YORK, NY  10016-1314
TELEPHONE (212) 682-7474
FACSIMILE (212) 687-2329
WWW.FOLEY.COM

1976, LLC d/b/a Hoven Vison  
887 La Jolla Rancho Road  
La Jolla, CA 92037

Date: July 28, 2020  
Invoice No.: 50058366  
Our Ref. No.: 120720-0105

## Remittance Advice

*Outstanding Invoices:*

| | |
|---|---|
| 05/26/20 - 50021616 | $2,437.50 |
| 06/25/20 - 50041151 | $5,658.00 |
| *Prior Outstanding Balance:* | $8,095.50 |

*Current Invoice:*

| | |
|---|---|
| 07/28/20 - 50058366 | $10,814.00 |
| **Total Amount Due:** | **$18,909.50** |

**Should you wish to remit your payment via wire transfer, please include our reference no. 00120720-000105 and/or invoice no. 50058366 and forward to:**

JPMorgan Chase Bank  
510 Fifth Avenue  
New York, NY 10036  
Routing No.: 021000021  
Acct. Name: Foley & Lardner LLP  
Acct. No.: 9871023319-65  
Swift Code:  CHASUS33