# EXHIBIT 4



**FOLEY & LARDNER LLP**
90 PARK AVENUE
NEW YORK, NY 10016-1314
TELEPHONE (212) 682-7474
FACSIMILE (212) 687-2329
WWW.FOLEY.COM

1976, LLC d/b/a Hoven Vison
887 La Jolla Rancho Road
La Jolla, CA 92037

Date: August 24, 2020
Our Ref. No.: 120720-0105

## Statement of Account

### Outstanding Invoices:

| Date | Invoice No. | Amount | Credits | Balance |
|---|---|---|---|---|
| 05/26/2020 | 50021616 | $2,437.50 | $0.00 | $2,437.50 |
| 06/25/2020 | 50041151 | $5,658.00 | $0.00 | $5,658.00 |
| 07/28/2020 | 50058366 | $10,814.00 | $0.00 | $10,814.00 |
| | | Total Balance Outstanding: | | $18,909.50 |

### Current Invoice:

| Date | Invoice No. | Amount | Credits | Balance |
|---|---|---|---|---|
| 08/24/2020 | 50071761 | $13,040.00 | $0.00 | $13,040.00 |
| | | **Total Amount Due:** | | **$31,949.50** |

**Please reference your account number 120720-0105 and your invoice number 50071761 with your remittance payable to Foley & Lardner LLP. Payment is due promptly upon receipt of our invoice.**

Federal Employer Number:
39-0473800



**FOLEY & LARDNER LLP**
90 PARK AVENUE
NEW YORK, NY  10016-1314
TELEPHONE (212) 682-7474
FACSIMILE (212) 687-2329
WWW.FOLEY.COM

1976, LLC d/b/a Hoven Vison                                 Date: August 24, 2020
887 La Jolla Rancho Road                                    Invoice No.: 50071761
La Jolla, CA 92037                                          Our Ref. No.: 120720-0105

Services through July 31, 2020

Amount due for professional services rendered regarding                $13,040.00
Copyright Infringement Matter

                                              **Amount Due:**         **$13,040.00**

**Please reference your account number 120720-0105 and your invoice number 50071761 with your remittance payable to Foley & Lardner LLP. Payment is due promptly upon receipt of our invoice.**

Federal Employer Number:
39-0473800

| | | | | |
|---|---|---|---|---|
| **1976, LLC** | | | | Page 2 |
| Our Ref. No.: 120720-0105 | | | | Foley & Lardner LLP |
| Invoice No.: 50071761 | | | | August 24, 2020 |

## Professional Services Detail

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 07/02/20 | CTL | Review Court minute Order requesting client's response to plaintiff's lawyer's withdrawal; emails with J. Moskin regarding same. | 0.30 | $153.00 |
| 07/02/20 | JEM | Confer with C. Lechner regarding court order regarding sanction and withdrawal by Liebowitz. | 0.30 | $292.50 |
| 07/06/20 | CTL | Review plaintiff's notice of voluntary dismissal of action; emails with R. Liebowitz; emails with J. Moskin; phone call with R. Liebowtiz concerning a settlement demand. | 0.60 | $306.00 |
| 07/06/20 | JEM | Review withdrawal of complaint; confer with C. Lechner regarding same and renewed settlement offer. | 0.40 | $390.00 |
| 07/07/20 | JEM | Prepare reply in support of motion to dismiss; confer with C. Lechner. | 1.00 | $975.00 |
| 07/08/20 | CTL | Emails with J. Moskin regarding opposition to plaintiff's counsel's motion to withdraw as counsel; drafting opposition to counsel's motion to withdraw and motion in further support of client's request for sanctions; research case law as to whether a court can deny a plaintiff's filing of voluntary dismissal prior to deciding a motion to dismiss; research and review cases in which plaintiff's counsel has been sanctioned. | 5.60 | $2,856.00 |
| 07/08/20 | JEM | Prepare reply in support of motion; confer with client and C. Lechner. | 1.00 | $975.00 |
| 07/09/20 | CTL | Finalize opposition to plaintiff's counsel's motion to withdraw; emails with J. Moskin regarding final edits; work with T. Durham to file. | 0.60 | $306.00 |
| 07/09/20 | JEM | Finalize reply in support of motion to dismiss and sanctions. | 0.70 | $682.50 |
| 07/09/20 | TCD | Finalize and electronically file Opposition to Plaintiff's Counsel's Motion to Withdraw Prior to Resolution of Defendant's Motion for Sanctions. | 0.20 | $47.00 |
| 07/20/20 | CTL | Review court order from Mag. Judge Mix transferring case to District Judge Babcock; correspond with J. Moskin regarding same. | 0.20 | $102.00 |
| 07/24/20 | CTL | Begin review of plaintiff's opposition to sanctions and reply in support of attorney withdrawal; emails with J. Moskin. | 0.30 | $153.00 |

**1976, LLC**   Page 3
Our Ref. No.: 120720-0105   Foley & Lardner LLP
Invoice No.: 50071761   August 24, 2020

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 07/24/20 | JEM | Review Jamieson supplemental brief; forward exhibits to client; confer with C. Lechner regarding motion to strike. | 0.70 | $682.50 |
| 07/27/20 | CTL | Call with J. Moskin regarding responding to Plaintiff's reply in support of Liebowitz's withdrawal and reply in support of Hoven's request for sanctions; Drafting reply brief and motion to strike Plaintiff's submission; researching additional case law in support of sanctions and to strike. | 2.40 | $1,224.00 |
| 07/27/20 | JEM | Confer with C. Lechner; review submissions by Liebowitz/Jamieson. | 0.30 | $292.50 |
| 07/28/20 | CTL | Drafting reply brief in support of sanctions and motion to strike Plaintiff's submission; drafting Sehgal declaration; researching sanctions orders against Liebowitz. | 6.30 | $3,213.00 |
| 07/28/20 | JEM | Prepare Sehgal declaration; confer with client. | 0.40 | $390.00 |
| | | Services Total: | 21.30 | $13,040.00 |

**Professional Services Summary**

| Service Provider | Initials | Hours | Rate | Amount |
|---|---|---|---|---|
| Coleman T. Lechner | CTL | 16.30 | $510.00 | $8,313.00 |
| Tanya C. Durham | TCD | 0.20 | $235.00 | $47.00 |
| Jonathan E. Moskin | JEM | 4.80 | $975.00 | $4,680.00 |
| **Totals** | | **21.30** | | **$13,040.00** |



**FOLEY & LARDNER LLP**
90 PARK AVENUE
NEW YORK, NY 10016-1314
TELEPHONE (212) 682-7474
FACSIMILE (212) 687-2329
WWW.FOLEY.COM

1976, LLC d/b/a Hoven Vison
887 La Jolla Rancho Road
La Jolla, CA 92037

Date: August 24, 2020
Invoice No.: 50071761
Our Ref. No.: 120720-0105

## Remittance Advice

*Outstanding Invoices:*

| | |
|---|---|
| 05/26/20 - 50021616 | $2,437.50 |
| 06/25/20 - 50041151 | $5,658.00 |
| 07/28/20 - 50058366 | $10,814.00 |
| *Prior Outstanding Balance:* | $18,909.50 |

*Current Invoice:*

| | |
|---|---|
| 08/24/20 - 50071761 | $13,040.00 |
| **Total Amount Due:** | **$31,949.50** |

Should you wish to remit your payment via wire transfer, please include our reference no. 00120720-000105 and/or invoice no. 50071761 and forward to:

JPMorgan Chase Bank
510 Fifth Avenue
New York, NY 10036
Routing No.: 021000021
Acct. Name: Foley & Lardner LLP
Acct. No.: 9871023319-65
Swift Code: CHASUS33