# EXHIBIT 5



**FOLEY & LARDNER LLP**
90 PARK AVENUE
NEW YORK, NY 10016-1314
TELEPHONE (212) 682-7474
FACSIMILE (212) 687-2329
WWW.FOLEY.COM

1976, LLC d/b/a Hoven Vison
887 La Jolla Rancho Road
La Jolla, CA 92037

Date: September 22, 2020
Our Ref. No.: 120720-0105

## Statement of Account

**Outstanding Invoices:**

| Date | Invoice No. | Amount | Credits | Balance |
|---|---|---|---|---|
| 05/26/2020 | 50021616 | $2,437.50 | $0.00 | $2,437.50 |
| 06/25/2020 | 50041151 | $5,658.00 | $0.00 | $5,658.00 |
| 07/28/2020 | 50058366 | $10,814.00 | $0.00 | $10,814.00 |
| 08/24/2020 | 50071761 | $13,040.00 | $0.00 | $13,040.00 |
| | | | Total Balance Outstanding: | $31,949.50 |

**Current Invoice:**

| Date | Invoice No. | Amount | Credits | Balance |
|---|---|---|---|---|
| 09/22/2020 | 50086590 | $879.00 | $0.00 | $879.00 |
| | | | **Total Amount Due:** | **$32,828.50** |

**Please reference your account number 120720-0105 and your invoice number 50086590 with your remittance payable to Foley & Lardner LLP. Payment is due promptly upon receipt of our invoice.**

Federal Employer Number:
39-0473800



**FOLEY & LARDNER LLP**
90 PARK AVENUE
NEW YORK, NY  10016-1314
TELEPHONE (212) 682-7474
FACSIMILE (212) 687-2329
WWW.FOLEY.COM

| | |
|---|---|
| 1976, LLC d/b/a Hoven Vison<br>887 La Jolla Rancho Road<br>La Jolla, CA 92037 | Date: September 22, 2020<br>Invoice No.: 50086590<br>Our Ref. No.: 120720-0105 |

Services through August 31, 2020

| | |
|---|---|
| Amount due for professional services rendered regarding Copyright Infringement Matter | $879.00 |
| **Amount Due:** | **$879.00** |

**Please reference your account number 120720-0105 and your invoice number 50086590 with your remittance payable to Foley & Lardner LLP. Payment is due promptly upon receipt of our invoice.**

Federal Employer Number:
39-0473800

**1976, LLC** Page 2
Our Ref. No.: 120720-0105  Foley & Lardner LLP
Invoice No.: 50086590  September 22, 2020

### Professional Services Detail

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 08/03/20 | JEM | Revise and finalize brief to strike Liebowitz reply. | 0.60 | $585.00 |
| 08/05/20 | CTL | Finalize and prepare motion to strike and reply in support of sanctions for filing; emails with T. Durham regarding same. | 0.30 | $153.00 |
| 08/05/20 | TCD | Finalize and electronically file Motion to Strike Brief in Opposition to Motion and Defendant's Reply in Further Support of Defendant's Motion for Sanctions and Declaration in support of same. | 0.60 | $141.00 |
| | | Services Total: | 1.50 | $879.00 |

### Professional Services Summary

| Service Provider | Initials | Hours | Rate | Amount |
|---|---|---|---|---|
| Coleman T. Lechner | CTL | 0.30 | $510.00 | $153.00 |
| Tanya C. Durham | TCD | 0.60 | $235.00 | $141.00 |
| Jonathan E. Moskin | JEM | 0.60 | $975.00 | $585.00 |
| **Totals** | | **1.50** | | **$879.00** |



**FOLEY & LARDNER LLP**
90 PARK AVENUE
NEW YORK, NY 10016-1314
TELEPHONE (212) 682-7474
FACSIMILE (212) 687-2329
WWW.FOLEY.COM

1976, LLC d/b/a Hoven Vison
887 La Jolla Rancho Road
La Jolla, CA 92037

Date: September 22, 2020
Invoice No.: 50086590
Our Ref. No.: 120720-0105

## Remittance Advice

*Outstanding Invoices:*

| | |
|---|---:|
| 05/26/20 - 50021616 | $2,437.50 |
| 06/25/20 - 50041151 | $5,658.00 |
| 07/28/20 - 50058366 | $10,814.00 |
| 08/24/20 - 50071761 | $13,040.00 |
| *Prior Outstanding Balance:* | $31,949.50 |

*Current Invoice:*

| | |
|---|---:|
| 09/22/20 - 50086590 | $879.00 |
| **Total Amount Due:** | **$32,828.50** |

**Should you wish to remit your payment via wire transfer, please include our reference no. 00120720-000105 and/or invoice no. 50086590 and forward to:**

JPMorgan Chase Bank
510 Fifth Avenue
New York, NY 10036
Routing No.: 021000021
Acct. Name: Foley & Lardner LLP
Acct. No.: 9871023319-65
Swift Code:  CHASUS33