# EXHIBIT 6



**FOLEY & LARDNER LLP**
90 PARK AVENUE
NEW YORK, NY 10016-1314
TELEPHONE (212) 682-7474
FACSIMILE (212) 687-2329
WWW.FOLEY.COM

1976, LLC d/b/a Hoven Vison
887 La Jolla Rancho Road
La Jolla, CA 92037

Date: December 08, 2020
Our Ref. No.: 120720-0105

## Statement of Account

**Outstanding Invoices:**

| Date | Invoice No. | Amount | Credits | Balance |
|---|---|---|---|---|
| 05/26/2020 | 50021616 | $2,437.50 | $0.00 | $2,437.50 |
| 06/25/2020 | 50041151 | $5,658.00 | $0.00 | $5,658.00 |
| 07/28/2020 | 50058366 | $10,814.00 | $0.00 | $10,814.00 |
| 08/24/2020 | 50071761 | $13,040.00 | $0.00 | $13,040.00 |
| 09/22/2020 | 50086590 | $879.00 | $0.00 | $879.00 |
| | | Total Balance Outstanding: | | $32,828.50 |

**Current Invoice:**

| Date | Invoice No. | Amount | Credits | Balance |
|---|---|---|---|---|
| 12/08/2020 | 50130190 | $297.00 | $0.00 | $297.00 |
| | | **Total Amount Due:** | | **$33,125.50** |

**Please reference your account number 120720-0105 and your invoice number 50130190 with your remittance payable to Foley & Lardner LLP. Payment is due promptly upon receipt of our invoice.**

Federal Employer Number:
39-0473800



**FOLEY & LARDNER LLP**
90 PARK AVENUE
NEW YORK, NY  10016-1314
TELEPHONE (212) 682-7474
FACSIMILE (212) 687-2329
WWW.FOLEY.COM

| | |
|---|---|
| 1976, LLC d/b/a Hoven Vison | Date: December 8, 2020 |
| 887 La Jolla Rancho Road | Invoice No.: 50130190 |
| La Jolla, CA 92037 | Our Ref. No.: 120720-0105 |

Services through November 30, 2020

| | |
|---|---|
| Amount due for professional services rendered regarding Copyright Infringement Matter | $297.00 |
| **Amount Due:** | **$297.00** |

**Please reference your account number 120720-0105 and your invoice number 50130190 with your remittance payable to Foley & Lardner LLP. Payment is due promptly upon receipt of our invoice.**

Federal Employer Number:
39-0473800

**1976, LLC**     Page 2
Our Ref. No.: 120720-0105     Foley & Lardner LLP
Invoice No.: 50130190     December 08, 2020

### Professional Services Detail

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 11/30/20 | CTL | Emails with J. Moskin concerning plaintiff's counsel suspension from practice in SDNY. | 0.20 | $102.00 |
| 11/30/20 | JEM | Review NY order sanctioning Mr. Liebowitz. | 0.20 | $195.00 |
| | | Services Total: | 0.40 | $297.00 |

### Professional Services Summary

| Service Provider | Initials | Hours | Rate | Amount |
|---|---|---|---|---|
| Coleman T. Lechner | CTL | 0.20 | $510.00 | $102.00 |
| Jonathan E. Moskin | JEM | 0.20 | $975.00 | $195.00 |
| **Totals** | | **0.40** | | **$297.00** |



**FOLEY & LARDNER LLP**
90 PARK AVENUE
NEW YORK, NY  10016-1314
TELEPHONE (212) 682-7474
FACSIMILE (212) 687-2329
WWW.FOLEY.COM

1976, LLC d/b/a Hoven Vison
887 La Jolla Rancho Road
La Jolla, CA 92037

Date: December 08, 2020
Invoice No.: 50130190
Our Ref. No.: 120720-0105

# Remittance Advice

*Outstanding Invoices:*

| | |
|---|---|
| 05/26/20 - 50021616 | $2,437.50 |
| 06/25/20 - 50041151 | $5,658.00 |
| 07/28/20 - 50058366 | $10,814.00 |
| 08/24/20 - 50071761 | $13,040.00 |
| 09/22/20 - 50086590 | $879.00 |
| *Prior Outstanding Balance:* | $32,828.50 |

*Current Invoice:*

| | |
|---|---|
| 12/08/20 - 50130190 | $297.00 |
| **Total Amount Due:** | **$33,125.50** |

**Please mail check payments to:**

**Foley & Lardner LLP**
**P.O. Box 78470**
**Milwaukee, WI 53278-8470**

**Foley & Lardner LLP's preferred payment method is ACH (CTX or CCD+ transmission) with invoice number(s) included in the addenda of the ACH.**

**Please send electronic payment remittance advice and questions to** accountsreceivable@foley.com**.**

**Foley & Lardner LLP**
**U.S. Bank, NA**
**777 E. Wisconsin Ave.**
**Milwaukee, WI 53202**
**ABA No.: 075000022**
**Acct No.: 112031389**
**Swift Code: USBKUS44IMT**
   **(foreign wires only)**