# EXHIBIT 7



**FOLEY & LARDNER LLP**
90 PARK AVENUE
NEW YORK, NY 10016-1314
TELEPHONE (212) 682-7474
FACSIMILE (212) 687-2329
WWW.FOLEY.COM

1976, LLC d/b/a Hoven Vison
887 La Jolla Rancho Road
La Jolla, CA 92037

Date: January 14, 2021
Our Ref. No.: 120720-0105

## Statement of Account

**Outstanding Invoices:**

| Date | Invoice No. | Amount | Credits | Balance |
|---|---|---|---|---|
| 05/26/2020 | 50021616 | $2,437.50 | $0.00 | $2,437.50 |
| 06/25/2020 | 50041151 | $5,658.00 | $0.00 | $5,658.00 |
| 07/28/2020 | 50058366 | $10,814.00 | $0.00 | $10,814.00 |
| 08/24/2020 | 50071761 | $13,040.00 | $0.00 | $13,040.00 |
| 09/22/2020 | 50086590 | $879.00 | $0.00 | $879.00 |
| 12/08/2020 | 50130190 | $297.00 | $0.00 | $297.00 |
| | | Total Balance Outstanding: | | $33,125.50 |

**Current Invoice:**

| Date | Invoice No. | Amount | Credits | Balance |
|---|---|---|---|---|
| 01/14/2021 | 50151586 | $835.50 | $0.00 | $835.50 |
| | | **Total Amount Due:** | | **$33,961.00** |

**Please reference your account number 120720-0105 and your invoice number 50151586 with your remittance payable to Foley & Lardner LLP. Payment is due promptly upon receipt of our invoice.**

Federal Employer Number:
39-0473800



**FOLEY & LARDNER LLP**
90 PARK AVENUE
NEW YORK, NY 10016-1314
TELEPHONE (212) 682-7474
FACSIMILE (212) 687-2329
WWW.FOLEY.COM

| | |
|---|---|
| 1976, LLC d/b/a Hoven Vison<br>887 La Jolla Rancho Road<br>La Jolla, CA 92037 | Date: January 14, 2021<br>Invoice No.: 50151586<br>Our Ref. No.: 120720-0105 |

**In view of our fiscal year end, it would be appreciated if you could remit payment by January 29, 2021.**

Services through December 31, 2020

| | |
|---|---:|
| Amount due for professional services rendered regarding Copyright Infringement Matter | $835.50 |
| **Amount Due:** | **$835.50** |

**Please reference your account number 120720-0105 and your invoice number 50151586 with your remittance payable to Foley & Lardner LLP. Payment is due promptly upon receipt of our invoice.**

Federal Employer Number:
39-0473800

**1976, LLC** Page 2
Our Ref. No.: 120720-0105 Foley & Lardner LLP
Invoice No.: 50151586 January 14, 2021

### Professional Services Detail

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 12/01/20 | CTL | Review court order granting client's motion to strike plaintiff's filings and ordering plaintiff's counsel to Show Cause why he should not be sanctioned; emails with J. Moskin regarding same. | 0.30 | $153.00 |
| 12/01/20 | JEM | Review order to show cause from court why Liebowitz should not be sanctioned; report to client. | 0.40 | $390.00 |
| 12/21/20 | JEM | Review Liebowitz response to order to show cause as to sanction; confer with C. Lechner. | 0.30 | $292.50 |
| | | Services Total: | 1.00 | $835.50 |

### Professional Services Summary

| Service Provider | Initials | Hours | Rate | Amount |
|---|---|---|---|---|
| Coleman T. Lechner | CTL | 0.30 | $510.00 | $153.00 |
| Jonathan E. Moskin | JEM | 0.70 | $975.00 | $682.50 |
| **Totals** | | **1.00** | | **$835.50** |



**FOLEY & LARDNER LLP**
90 PARK AVENUE
NEW YORK, NY 10016-1314
TELEPHONE (212) 682-7474
FACSIMILE (212) 687-2329
WWW.FOLEY.COM

1976, LLC d/b/a Hoven Vison
887 La Jolla Rancho Road
La Jolla, CA 92037

Date: January 14, 2021
Invoice No.: 50151586
Our Ref. No.: 120720-0105

**In view of our fiscal year end, it would be appreciated if you could remit payment by January 29, 2021.**

## Remittance Advice

*Outstanding Invoices:*

| | |
|---|---:|
| 05/26/20 - 50021616 | $2,437.50 |
| 06/25/20 - 50041151 | $5,658.00 |
| 07/28/20 - 50058366 | $10,814.00 |
| 08/24/20 - 50071761 | $13,040.00 |
| 09/22/20 - 50086590 | $879.00 |
| 12/08/20 - 50130190 | $297.00 |
| *Prior Outstanding Balance:* | $33,125.50 |

**Please mail check payments to:**

**Foley & Lardner LLP**
**P.O. Box 78470**
**Milwaukee, WI 53278-8470**

**Foley & Lardner LLP's preferred payment method is ACH (CTX or CCD+ transmission) with invoice number(s) included in the addenda of the ACH.**

**Please send electronic payment remittance advice and questions to** accountsreceivable@foley.com**.**

**Foley & Lardner LLP**
**U.S. Bank, NA**
**777 E. Wisconsin Ave.**
**Milwaukee, WI 53202**
**ABA No.: 075000022**
**Acct No.: 112031389**
**Swift Code: USBKUS44IMT**
   **(foreign wires only)**



FOLEY & LARDNER LLP
90 PARK AVENUE
NEW YORK, NY  10016-1314
TELEPHONE (212) 682-7474
FACSIMILE (212) 687-2329
WWW.FOLEY.COM

**1976, LLC**

Date: January 14, 2021
Invoice No.: 50151586
Our Ref. No.: 120720-0105

*Current Invoice:*

01/14/21 - 50151586                             $835.50

**Total Amount Due:**                        $33,961.00

**Please mail check payments to:**      Foley & Lardner LLP
P.O. Box 78470
Milwaukee, WI 53278-8470

**Foley & Lardner LLP's preferred payment method is ACH (CTX or CCD+ transmission) with invoice number(s) included in the addenda of the ACH.**

**Please send electronic payment remittance advice and questions to accountsreceivable@foley.com.**

Foley & Lardner LLP
U.S. Bank, NA
777 E. Wisconsin Ave.
Milwaukee, WI 53202
ABA No.: 075000022
Acct No.: 112031389
Swift Code: USBKUS44IMT
   (foreign wires only)