# EXHIBIT 8



**FOLEY & LARDNER LLP**

FOLEY & LARDNER LLP
90 PARK AVENUE
NEW YORK, NY  10016-1314
TELEPHONE (212) 682-7474
FACSIMILE (212) 687-2329
WWW.FOLEY.COM

1976, LLC d/b/a Hoven Vison                  Date: February 23, 2021
887 La Jolla Rancho Road                     Our Ref. No.: 120720-0105
La Jolla, CA 92037

## Statement of Account

**Outstanding Invoices:**

| Date | Invoice No. | Amount | Credits | Balance |
|------|-------------|--------|---------|---------|
| 05/26/2020 | 50021616 | $2,437.50 | $0.00 | $2,437.50 |
| 06/25/2020 | 50041151 | $5,658.00 | $0.00 | $5,658.00 |
| 07/28/2020 | 50058366 | $10,814.00 | $0.00 | $10,814.00 |
| 08/24/2020 | 50071761 | $13,040.00 | $0.00 | $13,040.00 |
| 09/22/2020 | 50086590 | $879.00 | $0.00 | $879.00 |
| 12/08/2020 | 50130190 | $297.00 | $0.00 | $297.00 |
| 01/14/2021 | 50151586 | $835.50 | $0.00 | $835.50 |
| | | Total Balance Outstanding: | | $33,961.00 |

**Current Invoice:**

| Date | Invoice No. | Amount | Credits | Balance |
|------|-------------|--------|---------|---------|
| 02/23/2021 | 50167885 | $266.50 | $0.00 | $266.50 |
| | | **Total Amount Due:** | | **$34,227.50** |

**Please reference your account number 120720-0105 and your invoice number 50167885 with your remittance payable to Foley & Lardner LLP. Payment is due promptly upon receipt of our invoice.**

Federal Employer Number:
39-0473800



**FOLEY & LARDNER LLP**

**FOLEY & LARDNER LLP**
90 PARK AVENUE
NEW YORK, NY 10016-1314
TELEPHONE (212) 682-7474
FACSIMILE (212) 687-2329
WWW.FOLEY.COM

1976, LLC d/b/a Hoven Vison                    Date: February 23, 2021
887 La Jolla Rancho Road                       Invoice No.: 50167885
La Jolla, CA 92037                             Our Ref. No.: 120720-0105

---

Services through January 31, 2021

Amount due for professional services rendered regarding          $266.50
Copyright Infringement Matter

**Amount Due:**          **$266.50**

---

**Please reference your account number 120720-0105 and your invoice**     Federal Employer Number:
**number 50167885 with your remittance payable to Foley & Lardner LLP.**   39-0473800
**Payment is due promptly upon receipt of our invoice.**

**1976, LLC**                                                    Page 2
Our Ref. No.: 120720-0105                              Foley & Lardner LLP
Invoice No.: 50167885                                    February 23, 2021

---

**Professional Services Detail**

| 01/19/21 | CTL | Review plaintiff's follow-up submission to the court (filing of other out of state sanctions/orders to show cause). | 0.20 | $102.00 |
|----------|-----|---|------|---------|
| 01/19/21 | TCD | Review and analyze email from clerk forwarding file-stamped Motion for Leave to Supplement, and organize same into electronic files; exchange emails with Coleman Lechner regarding organization of files, and coordinate with technology assistance center to create electronic folders. | 0.20 | $47.00 |
| 01/20/21 | TCD | Review Pacer and download all pleadings to electronic folders for review by attorneys. | 0.40 | $94.00 |
| 01/27/21 | TCD | Review email from Court forwarding Order granting Plaintiff's Motion for Leave to Supplement Liebowitz's Response to Order to Show Cause, and organize same into electronic files. | 0.10 | $23.50 |
| | | Services Total: | 0.90 | $266.50 |

**Professional Services Summary**

| Service Provider | Initials | Hours | Rate | Amount |
|------------------|----------|-------|------|--------|
| Coleman T. Lechner | CTL | 0.20 | $510.00 | $102.00 |
| Tanya C. Durham | TCD | 0.70 | $235.00 | $164.50 |
| **Totals** | | **0.90** | | **$266.50** |



**FOLEY & LARDNER LLP**
90 PARK AVENUE
NEW YORK, NY  10016-1314
TELEPHONE (212) 682-7474
FACSIMILE (212) 687-2329
WWW.FOLEY.COM

1976, LLC d/b/a Hoven Vison                       Date: February 23, 2021
887 La Jolla Rancho Road                          Invoice No.: 50167885
La Jolla, CA 92037                                Our Ref. No.: 120720-0105

---

## Remittance Advice

---

*Outstanding Invoices:*

| | |
|---|---|
| 05/26/20 - 50021616 | $2,437.50 |
| 06/25/20 - 50041151 | $5,658.00 |
| 07/28/20 - 50058366 | $10,814.00 |
| 08/24/20 - 50071761 | $13,040.00 |
| 09/22/20 - 50086590 | $879.00 |
| 12/08/20 - 50130190 | $297.00 |
| 01/14/21 - 50151586 | $835.50 |

*Prior Outstanding Balance:*          $33,961.00

*Current Invoice:*

02/23/21 - 50167885                    $266.50

**Total Amount Due:**                 **$34,227.50**

---

**Please mail check payments to:**              Foley & Lardner LLP
                                                P.O. Box 78470
                                                Milwaukee, WI 53278-8470

**Foley & Lardner LLP's preferred payment method is ACH**     Foley & Lardner LLP
**(CTX or CCD+ transmission) with invoice number(s)**          U.S. Bank, NA
**included in the addenda of the ACH.**                        777 E. Wisconsin Ave.
                                                Milwaukee, WI 53202
                                                ABA No.: 075000022
**Please send electronic payment remittance advice and**      Acct No.: 112031389
**questions to** accountsreceivable@foley.com.                 Swift Code: USBKUS44IMT
                                                  (foreign wires only)



**FOLEY & LARDNER LLP**
90 PARK AVENUE
NEW YORK, NY  10016-1314
TELEPHONE (212) 682-7474
FACSIMILE (212) 687-2329
WWW.FOLEY.COM

---

**Please mail check payments to:**

**Foley & Lardner LLP**
**P.O. Box 78470**
**Milwaukee, WI 53278-8470**

**Foley & Lardner LLP's preferred payment method is ACH
(CTX or CCD+ transmission) with invoice number(s)
included in the addenda of the ACH.**

**Please send electronic payment remittance advice and
questions to** accountsreceivable@foley.com**.**

**Foley & Lardner LLP**
**U.S. Bank, NA**
**777 E. Wisconsin Ave.**
**Milwaukee, WI 53202**
**ABA No.: 075000022**
**Acct No.: 112031389**
**Swift Code: USBKUS44IMT**
**  (foreign wires only)**