**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 20-cv-01122-WJM-KLM

JANA DILLON JAMIESON,

    Plaintiff,

 v.

HOVEN VISION, LLC,

    Defendant.

---

**STIPULATED MOTION FOR ORDER GOVERNING PAYMENT OF ATTORNEYS' FEES**

---

Plaintiff and Defendant, through counsel, respectfully submit this Stipulated Motion for Order Governing Payment of Attorneys' Fees pursuant to the Court's May 3, 2021 Order (Docket #46). In support thereof, the parties state as follows:

1) Counsel for the parties conferred and are in agreement concerning this Stipulated Motion and the relief requested herein. *See* D.C.COLO.LCivR. 7.1(a).

2) On May 3, 2021, the Court entered its Order directing Plaintiff's counsel to pay attorneys' fees of $20,536.50 to Defendant by no later than May 31, 2021. Docket #46.

3) On May 25, 2021, Plaintiff's counsel represented to Defendant's counsel that, because of financial constraints, Plaintiff required additional time to pay the fee award.

4) The parties have conferred and agree that rather than conduct a forensic

1

accounting, Plaintiff's counsel can be permitted to pay the fee award pursuant to the payment plan as follows:

    a. The Liebowitz Law Firm, PLLC and/or Mr. Liebowitz shall make no more than 21 payments at a base value of $1,000 each (thus rounding up from the court-ordered total of $20,536 – both as an accommodation and to reflect the lost current value of the money at issue).

    b. In addition, until the entire balance is paid, as an incentive to paying the entire balance sooner than in twenty-one months, The Liebowitz Law Firm, PLLC and/or Mr. Liebowitz shall include an additional $75 dollars in each monthly payment, totaling $1075.00, until the entire new base amount of $21,000.00 is paid. For the sake of clarity, prior monthly payments of $75 shall not count towards the payment of the base amount of $21,000.

    c. The required amounts shall be paid in no more than 21 consecutive months commencing June 15, 2021 and continuing on the 15th day of the month thereafter.

    d. Should it be necessary for Defendant to take further action to enforce this Stipulated Motion and Order, Defendant shall be entitled to its reasonable attorneys' fees in doing so.

    e. The Court shall retain jurisdiction to enforce the terms of this Stipulated Motion and Order filed concurrently.

5)      This Stipulated Motion is being filed before the expiration of the time limits set by the Court for payment of the fee award.

WHEREFORE, based on the foregoing, the parties respectfully request that the Court enter an Order governing the payment of the attorneys' fee aware consistent with the terms stated herein.

Dated: May 27, 2021                                  Respectfully submitted,


s/ *James Freeman*
James Freeman
Liebowitz Law Firm, PLLC
11 Sunrise Plaza
Suite 305
Valley Stream, NY 11580-6111
516-233-1660

*Attorney for Plaintiff*


s/ *Thomas J. Krysa*
Thomas J. Krysa
Foley & Lardner LLP
600 17th Street, Suite 2020S
Denver, CO  80202
(720) 437-2000
tkrysa@foley.com

Jonathan E. Moskin
Foley & Lardner LLP
90 Park Ave
New York, NY 10016
(212) 682-7474
jmoskin@foley.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

      I hereby certify that on May 27, 2021, I electronically filed the foregoing with the Clerk of Court using the ECF system, which will electronically send notice to:

James Freeman
Liebowitz Law Firm, PLLC
11 Sunrise Plaza
Suite 305
Valley Stream, NY 11580-6111
516-233-1660
Email: jf@liebowitzlawfirm.com

                                              s/ *Thomas J. Krysa*