**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 20-cv-1122-WJM-KLM

JANA DILLON JAMIESON,

    Plaintiff,

v.

HOVEN VISION, LLC,

    Defendants.

_____

**ORDER GOVERNING PAYMENT OF ATTORNEYS' FEES**
_____

The Court, having reviewed the parties' Stipulated Motion for Order Governing Payment of Attorneys' Fees, its May 3, 2021 Order Awarding Defendant Attorneys' Fees, and being informed of the premises:

IT IS HEREBY ORDERED THAT:

1)    Defendant shall pay the Attorneys' Fees award consistent with the payment plan agreed to by the parties, as follows:

    a.    The Liebowitz Law Firm, PLLC and/or Mr. Liebowitz shall make no more than 21 payments at a base value of $1,000 each (thus rounding up from the court-ordered total of $20,536 – both as an accommodation and to reflect the lost current value of the money at issue).

    b.    In addition, until the entire balance is paid, as an incentive to paying the entire balance sooner than in twenty-one months, The Liebowitz Law Firm, PLLC and/or Mr. Liebowitz shall include an additional $75

1

    dollars in each monthly payment, totaling $1075.00, until the entire new base amount of $21,000.00 is paid. For the sake of clarity, prior monthly payments of $75 shall not count towards the payment of the base amount of $21,000.

  c. The required amounts shall be paid in no more than 21 consecutive months commencing June 15, 2021 and continuing on the 15th day of the month thereafter.

  d. Should it be necessary for Defendant to take further action to enforce this Order, Defendant shall be entitled to its reasonable attorneys' fees in doing so.

2) The Court shall retain jurisdiction to enforce the terms of this Order.

Dated this 2nd day of June, 2021.

BY THE COURT:

_____
William J. Martínez
United States District Judge